# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

United States District Court  2:07CV 408-MEF

RECEIVED
2007 MAY 10 A 9:19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

District: Middle District of Alabama, Northern Division

---

Name (under which you were convicted): Docket or Case No:

Michael Steven Bennett, Montgomery County, Alabama Circuit Court CC-2003-1016

---

Place of Confinement:    Prisoner No.: AIS 233315
Ventress Correctional Facility
PO Box 767, Clayton, AL 36016

---

Petitioner                          Respondent

Michael Steven Bennett    v.  State of Alabama

---

The Attorney General of the State of Alabama, Honorable Troy King

---

## PETITION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

Montgomery County Circuit Court, 251 S. Lawrence St., Montgomery, AL 36104

  (b) Criminal docket or case number (if you know): CC-2003-1016

2. (a) Date of judgment of conviction (if you know): 11-20-03

  (b) Date of sentencing: 1-15-04

3. Length of sentence: 20 years in the Department of Corrections split to serve three years.

4. In this case, were you convicted on more than one count or of more than one crime? Yes [] No [X]

5. Identify all crimes of which you were convicted and sentenced in this case:
   Robbery in the First Degree

6. (a) What was your plea? (Check one)
   (1) Not guilty []   (3) Nolo contendere (no contest) []
   (2) Guilty [X]   (4) Insanity plea []

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead not guilty to? N/A

   (c) If you went to trial, what kind of trial did you have? (Check one)
   Jury []   Judge only []

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
   Yes []   No [X]

8. Did you appeal from the judgment of conviction?
   Yes []   No [X]

9. If you did appeal, answer the following: N/A

   (a) Name of court: ------------------------------------------------

   (b) Docket or case number (if you know): ------------------------------

   (c) Result: ------------------------------------------------

   (d) Date of result (if you know): ------------------------------

   (e) Citation to the case (if you know): ------------------------------

   (f) Grounds raised: ------------------------------------------------

   (g) Did you seek further review by a higher state court? Yes [] No [X]

   If yes, answer the following:

   (1) Name of court: ------------------------------------------------

   (2) Docket or case number (if you know): ------------------------------

   (3) Result: ------------------------------------------------

   (4) Date of result (if you know): ------------------------------

(5) Citation to the case (if you know): ----------------------------------

(6) Grounds raised: ---------------------------------------------------

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes [] No [X]

If yes, answer the following:

(1) Docket or case number (if you know): ----------------------------------

(2) Result: ---------------------------------------------------------

(3) Date of result (if you know): ------------------------------------

(4) Citation to the case (if you know): ----------------------------------

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? Yes [X] No []

11. If your answer to Question 10 was "Yes," give the following information:

   (a)(1) Name of court: Montgomery County Alabama Circuit Court

   (2) Docket or case number (if you know): CC-2003-1016

   (3) Date of filing (if you know): 1-21-05

   (4) Nature of proceeding: *Pro Se* Motion to correct jail credit/ Petitioner's *pro se* motion for writ of *habeas corpus.*

   (5) Grounds raised: Petitioner pointed out to the court what he believed to be a discrepancy in the amount of credit he had received for jail time served as credited against his sentence.

   (6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes [X] No [ ]

   (7) Result: Denied. Judge McCooey revoked the Petitioner's split sentence.

   (8) Date of result (if you know): February 2005.

(b) If you filed any second petition, application or motion give the same information:

(1) Name of court: Montgomery County, Alabama Circuit Court

(2) Docket or case number (if you know): CC-2003-1016

(3) Date of filing (if you know): 12-5-06

(4) Nature of proceeding: Motion to Alter/Amend Sentence

(5) Grounds raised: That the Court had continuing jurisdiction to modify the Petitioner's sentence and that he had served almost three years on the original sentence at the time of the filing of his Petition.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes [] No [X]

(7) Result: Denied

(8) Date of result (if you know): 1-10-07

(c) If you filed any third petition, application, or motion, give the same information: N/A

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of proceeding: N/A

(5) Grounds raised: ------------------------------------------------------

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes [] No []

(7) Result: ------------------------------------------------------------

(8) Date of result (if you know): -------------------------------------

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: Yes [] No [X]
(2) Second petition: Yes [] No [x]
(3) Third petition: Yes [] No []

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Petitioner was unaware of his legal rights as he had no legal representation.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE:

Petitioner believes he was deprived of his constitutional right to assistance of counsel because he thought he was attending a hearing in February 2005, in reference to his jail credit. Upon arrival in court, he discovered that the Court had been notified by the Department of Corrections that he had received a disciplinary action while incarcerated. He was unaware that the hearing was to be adversarial. His split was revoked leaving him to serve the remainder of a twenty year sentence. Petitioner also avers that he was deprived of fundamental due process and fairness due to the fact he had no notice that the court intended to conduct a hearing in reference to his split sentence.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner feels his claims are supported and evidenced by case action summary.

(b) If you did not exhaust your state remedies on Ground One, explain why:

Petitioner was unaware of his legal rights as he had no legal representation.

(c) Direct Appeal of Ground One: N/A

  (1) If you appealed from the judgment of conviction, did you raise this issue? Yes [] No []

  (2) If you did not raise this issue in your direct appeal, explain why:
  ----------------------------------------------------------------

(d) Post-Conviction Proceedings:

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [] No [X]

  (2) If your answer to Question (d)(1) is "Yes," state:

  Type of motion or petition: ---------------------------------------

  Name and location of the court where the motion or petition was filed:
  ----------------------------------------------------------------

  Docket or case number (if you know): -----------------------------------

  Date of the court's decision: ---------------------------------------

  Result (attach a copy of the court's opinion or order, if available): ----
  ----------------------------------------------------------------

  (3) Did you receive a hearing on your motion or petition? Yes [] No []

  (4) Did you appeal from the denial of your motion or petition?
  Yes [] No []

  (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes [] No []

  (6) If your answer to Question (d)(4) is "Yes," state:

  Name and location of the court where the appeal was filed: ---------------

Docket or case number (if you know): ------------------------------------

Date of the court's decision: -------------------------------------------

Result (attach a copy of the court's opinion or order, if available): ----
------------------------------------------------------------------------

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ----------------------------------------

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:  None

GROUND TWO: N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Two, explain why:
------------------------------------------------------------------------
------------------------------------------------------------------------
------------------------------------------------------------------------

(c) Direct Appeal of Ground Two:

   (1) If you appealed from the judgment of conviction, did you raise this issue?  Yes [] No []

   (2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [] No []

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: ---------------------------------------

   Name and location of the court where the motion or petition was filed:

------------------------------------------------------------

Docket or case number (if you know): ----------------------------------

Date of the court's decision: -----------------------------------

Result (attach a copy of the court's opinion or order, if available): ----
------------------------------------------------------------

(3) Did you receive a hearing on your motion or petition? Yes [] No []

(4) Did you appeal from the denial of your motion or petition?
Yes [] No []

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes [] No []

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ---------------

Docket or case number (if you know): ----------------------------------

Date of the court's decision: -----------------------------------

Result (attach a copy of the court's opinion or order, if available): ----
------------------------------------------------------------

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ---------------------------------

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: -----------------------------------

GROUND THREE: N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): -----------------------------------

(b) If you did not exhaust your state remedies on Ground Three, explain why:
------------------------------------------------------------

(c) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue? Yes [] No []

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [] No []

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ---------------------------------------------

Name and location of the court where the motion or petition was filed:
--------------------------------------------------------------------

Docket or case number (if you know): -----------------------------------

Date of the court's decision: -------------------------------------------

Result (attach a copy of the court's opinion or order, if available): ----
--------------------------------------------------------------------

(3) Did you receive a hearing on your motion or petition? Yes [] No []

(4) Did you appeal from the denial of your motion or petition?
Yes [] No []

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes [] No []

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ---------------
--------------------------------------------------------------------

Docket or case number (if you know): -----------------------------------

Date of the court's decision: ------------------------------------------

Result (attach a copy of the court's opinion or order, if available): ----
------------------------------------------------------------------

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ---------------------------------------

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: ------------------------------------------
------------------------------------------------------------------

GROUND FOUR: N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ---------------------------------------------

(b) If you did not exhaust your state remedies on Ground Three, explain why:
------------------------------------------------------------------

(c) Direct Appeal of Ground Four:

  (1) If you appealed from the judgment of conviction, did you raise this issue?  Yes [] No []

  (2) If you did not raise this issue in your direct appeal, explain why:
  --------------------------------------------------------------

(d) Post-Conviction Proceedings:

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [] No []

  (2) If your answer to Question (d)(1) is "Yes," state:

  Type of motion or petition: -------------------------------------

  Name and location of the court where the motion or petition was filed:
  --------------------------------------------------------------

  Docket or case number (if you know): ---------------------------------

Date of the court's decision: ----------------------------------------

Result (attach a copy of the court's opinion or order, if available): ----
----------------------------------------------------------------

(3) Did you receive a hearing on your motion or petition? Yes [] No []

(4) Did you appeal from the denial of your motion or petition?
Yes [] No []

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes [] No []

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ---------------
----------------------------------------------------------------

Docket or case number (if you know): ----------------------------------

Date of the court's decision: ----------------------------------------

Result (attach a copy of the court's opinion or order, if available): ----
----------------------------------------------------------------

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ----------------------------------

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: ----------------------------------

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?
Yes [] No [X]

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Petitioner was unaware of his legal rights as he had no legal representation

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Yes, Ground One has not previously been presented to any court as the Petitioner was oblivious to his rights, legal options, and was indigent and without the ability to retain counsel of his own.

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes [] No [X]

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. ----------------

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes [] No [X]

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. --------------------

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Honorable Robin McIntyre

(b) At arraignment and plea: Honorable Robin McIntyre

(c) At trial: N/A

(d) At sentencing: Honorable Robin McIntyre

(e) On appeal: N/A

(f) In any post-conviction proceeding: None

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes [] No [X]

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

   (b) Give the date the other sentence was imposed: N/A

   (c) Give the length of the other sentence: N/A

   (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes [] No []

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. $ 2244(d) does not bar your petition.*

The Petitioner is filing this untimely Petition due to the fact he has been unaware and oblivious to his legal rights and time constraints due to a lack of representation.

Therefore, petitioner asks that the Court grant the following relief: Reverse his conviction with appropriate orders to the trial court on how to proceed or any other relief to which petitioner may be entitled.

/s/ Robert Troy Teague (TEA012)
906 S. Perry St., Suite 201
Montgomery, AL 36104
334-834-5553

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on the __1__ day of __May__ 2007.

Executed (signed) on __May 1 2007__ (date).


Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. N/A

\*The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. $ 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of-
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.