**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. J.C. Giles, Warden
   Ventress Correctional Facility
   P.O. Box 767
   Clayton, AL 36016

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Ollie Mason_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Ollie Mason                   05-15-07

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

   07cv408 Order
   proc
   pet.

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1160 0001 2962 1775

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540