IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL STEVEN BENNETT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:07-CV-408-MEF(WO) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
| Respondents. | ) |

**MOTION FOR ENLARGEMENT**

Come now the Respondents in the above-styled cause and request an enlargement of thirty days to respond to this Court's Order to Show Cause. Counsel for the Respondents has been involved in other work in the appellate courts of the State of Alabama and the United States District Courts and therefore has had insufficient time in which to complete Respondents's Answer.

Wherefore, in consideration of the aforementioned reasons, the Respondents pray that this Honorable Court will grant this request for thirty days to respond to Bennett's habeas corpus petition.

I am this date mailing a copy of this request for an extension of time to the petitioner and petitioner's attorney.

Respectfully submitted,

Troy King (KIN047)
Attorney General
By:


s/Jack W. Willis
Jack W. Willis(WIL075)
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>31st</u> day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Robert Troy Teague, 906 S. Perry Street, Suite 201, Montgomery, Alabama, 36104 and Michael Steven Bennett, AIS # 233315, Ventress Correctional Facility, P. O. Box 767, Clayton, Alabama 36016</u>.

        s/Jack W. Willis
        Jack W. Willis (WIL075)
        Office of the Attorney General
        Alabama State House
        11 South Union
        Montgomery, AL 36130-0152
        Telephone: (334) 242-7300
        Fax: (334) 242-2848
        E-Mail: Jwillis@ago.state.al.us

275766/108808-001