IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| MICHAEL STEVEN BENNETT | * | |
| Petitioner, | * | |
| v. | * | 2:07-CV-408-MEF |
| STATE OF ALABAMA, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time filed on May 31, 2007, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 5), is GRANTED; and

2. Respondents are GRANTED an extension from June 5, 2007 to July 5, 2007 to file their answer.

Done, this 1st day of June 2007.

                                        /s/ Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE