IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL STEVEN BENNETT, )
)
Petitioner, )
)
v. ) CIVIL ACTION NO.
) 2:07-CV-408-MEF(WO)
STATE OF ALABAMA, et al., )
)
Respondents. )

**RESPONSE**

Come now the Respondents, by the Attorney General for the State of Alabama, and in answer to this Court's Order to Show Cause, state the following:

## I. PROCEDURAL HISTORY

1. On November 20, 2003, the Petitioner, Michael Steven Bennett, pleaded guilty in the Circuit Court of Montgomery County, Alabama to first degree robbery. (RX-1, pgs. 2, 18-19) On January 15, 2004, he was sentenced to twenty years in the penitentiary. That sentence was split with Bennett ordered to serve three years in custody. The court suspended seventeen years of the sentence and ordered Bennett to serve two years on probation. (RX-1, pgs. 3-4, 24) Circuit

Judge Tracey S. McCooey presided and Bennett was represented by attorney Robin McIntyre.

2.  Bennett did not appeal his guilty plea, conviction, and sentence. During the course of incarceration, the circuit court was notified by the Alabama Department of Corrections that Bennett had received disciplinaries while incarcerated. On February 28, 2005, the court revoked the split sentence and imposed a sentence of twenty years in the penitentiary. (RX-1, at pg. 29; RX-2, at pg. 3)

3.  On December 7, 2006, Bennett filed a motion asking the court to modify or amend his sentence. Bennett construed the motion as a motion under the rules of "post-conviction relief". (RX-2, pg. 3; RX-3; RX-4) The court denied the motion on January 10, 2007. (RX-3, at pg. 1) The Respondents have no records showing that Bennett appealed from the revocation of his split sentence or appealed from the denial of his motion for modification. There were no other post-conviction petitions filed by Bennett challenging the conviction, sentence, or revocation.

## II. HABEAS CORPUS PETITION

### a. Status of petition

4. On May 15, 2007, Bennett, represented by attorney Robert Troy Teague, filed a petition for writ of habeas corpus in this Court. The petition is Bennett's first petition challenging his 2003 conviction and sentence for first degree robbery.

### b. Claims

5. Bennett raises one ground for relief in his petition; but, within the claim, he appears to allege two separate issues. First, he argues that he was denied his constitutional right to assistance of counsel because he thought that he was attending a hearing in February 2005 in reference to his request that the court correct the credit for time served that was credited to his sentence. Upon arrival in court, he discovered that the court had been notified by the Alabama Department of Corrections that he had received a disciplinary action while incarcerated. He was unaware that the hearing was adversarial. The split sentence was revoked and a twenty year sentence was imposed. Second, Bennett contends that he was deprived of due process because he was not given notice that the court intended to conduct a hearing in reference to his split sentence. (Petition, pg. 5)

**c. Exhaustion**

6. Bennett admits that he did not exhaust his ground for relief. He states that he was unaware of his rights because he was not represented by counsel.

7. Because Bennett did not appeal from the revocation of his split sentence and imposition of his twenty-year sentence or from his motion for modification or motion to amend sentence, the claim arising from the alleged errors in the proceedings are not exhausted. Bennett cannot now return to the state courts and prosecute an appeal of the denial of his claim; thus, the claim is considered to be exhausted for the purpose of habeas corpus proceedings. Teague v. Lane, 489 U. S. 288, 298 (Ala. Crim. App. 1999); Collier v. Jones, 910 F. 2d 770, 773 (11th Cir. 1990).

**d. Statute of limitation period of 28 U. S. C. § 2244(d)**

8. Under 28 U.S.C. § 2244(d), a petitioner is required to file an application for a writ of habeas corpus within a one-year period from the date on which the state court judgment became final by the conclusion of direct review or the expiration of time for seeking direct review. 28 U.S.C. § 2244(d)(1)(a). The time during which a properly filed application for post-conviction relief with respect to the pertinent judgment or claim is pending is not counted toward any period of limitation under this sub-section. 28 U.S.C. § 2244(d)(1)(2).

9. Bennett's split sentence was revoked by the trial court on February 28, 2005. (RX-6, pg. 3) Bennett had until February 28, 2006 to file a habeas corpus petition in this Court challenging any alleged error in that proceeding. No post-conviction was filed within that period of time. Therefore, the federal limitation period was not tolled and lapsed on February 28, 2006. Bennett's petition is barred by 28 U. S. C. § 2244(d).

## III. PROCEDURAL DEFAULT

10. As previously stated, Bennett did not exhaust his claim because he did not appeal the trial court's revocation of his split sentence to the state appellate courts. As the Eleventh Circuit Court of Appeals has stated: "The teeth of the exhaustion requirement comes from its handmaiden, the procedural default doctrine. [I]f the petitioner has failed to exhaust state remedies that are no longer available, that failure is a procedural default which will bar federal habeas relief unless either the cause and prejudice or the fundamental miscarriage of justice exception is established." Smith v. Jones, 256 F. 3d 1135, 1138-39 (11th Cir. 2001). Because Bennett failed to raise his claim on appeal, he is procedurally barred from raising it in this Court.

11. However, Bennett may overcome the procedural default and obtain federal habeas corpus relief of his barred claims on the merits if can demonstrate

cause for the default and actual prejudice resulting therefrom, or a fundamental

miscarriage of justice arising from this Court's refusal to review his claims.

Baldwin v. Johnson, 152 F. 3rd 1304, 1319 (11th Cit. 1998).  Murray v. Carrier,

477 U. S. 478, 485, 106 S. Ct. 2639, 2644 (1986).  Murray v. Carrier, 477 U. S. at

495-496, 106 S. Ct. at 2678.

12.  Bennett contends that he did not exhaust his remedies because he was

unaware of his legal rights because he had no legal representation.  However, a

petitioner's lack of education, knowledge, or intelligence does not provide him

with an excuse for failing to follow state procedural rules.  Harmon v. Barton, 894

F. 2d 1268, 1274- 1275 (11th Cir. 1990).  In the present case, Bennett needed to

have only given notice of appeal from the circuit court's action in revoking his

split sentence.  The pleadings filed by Bennett in the Montgomery County Circuit

Court show that he was intellectually capable of giving notice of appeal.

Therefore, the assertion that because he was not represented by counsel and did not

have the necessary legal knowledge was not sufficient to supply the required

showing of cause and prejudice to avoid his procedural default.

## IV. AVAILABILITY OF RECORDS

13. In addition to the exhibits submitted to this Court, the attorney for Respondents has the remaining documents contained in the court file concerning Bennett's 2003 conviction for first degree robbery, the 2004 sentence, and the resulting revocation proceeding. The attorney for Respondents understands that the guilty plea proceeding and sentencing proceeding have been recorded but have not been transcribed. The revocation proceeding was also recorded and this attorney has requested the court reporter for Judge McCooey's court to prepare a transcription of the revocation proceeding and upon receipt of the transcription, the attorney for Respondents will file it with this Court. Upon order by this Court, if this Court deems it necessary, the attorney for Respondent will ask the court reporter to transcribe the guilty plea hearing and the sentencing hearing. The attorney for Respondent knows of no other proceedings that were not recorded.

## V. CONCLUSION

14. Bennett's ground for relief is barred by the statute of limitation period of 28 U. S. C. § 2244(d) because it was filed outside the one-year period for the filing of habeas corpus petitions. The ground for relief is also procedurally defaulted because it was not properly exhausted in the state courts. Therefore, Bennett's petition should be dismissed.

Respectfully submitted,

Troy King (KIN047)
Attorney General
By:


s/Jack W. Willis
Jack W. Willis(WIL075)
Assistant Attorney General

# EXHIBIT LIST

Exhibit RX-1 - Montgomery County Circuit Court record of Bennett's 2003 conviction and 2004 sentence;

Exhibit RX-2 - Docket sheet of the proceedings;

Exhibit RX-3 - Motion for modification and motion to amend sentence including the Montgomery County Circuit Court's denial of the motion; and,

Exhibit RX-4 - Motion to compel.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Robert Troy Teague, 906 S. Perry Street, Suite 201, Montgomery, Alabama, 36104 and Michael Steven Bennett, AIS # 233315, Ventress Correctional Facility, P. O. Box 767, Clayton, Alabama 36016.

s/Jack W. Willis
Jack W. Willis (WIL075)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: Jwillis@ago.state.al.us

278690/108808-001

ACR0372 ALABAMA JUDICIAL INFORMATION SYSTEM CASE: CC 2003 001016.00
OPER: TOR CASE ACTION SUMMARY
PAGE: 1 CIRCUIT CRIMINAL RUN DATE: 08/12/2003

IN THE CIRCUIT COURT OF MONTGOMERY JUDGE: TSM

STATE OF ALABAMA VS BENNETT MICHAEL STEVEN
1125 OAKBROOK DR
CASE: CC 2003 001016.00
MONTGOMERY, AL 36110 0000

DOB: 11/29/1985 SEX: M RACE: B HT: 6 01 WT: 300 HR: EYES:
SSN: 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 ALIAS NAMES:

CHARGE01: ROBBERY 1ST CODE01: ROB1 LIT: ROBBERY 1ST TYP: F #: 001
OFFENSE DATE: 05/01/2003 AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS: DATE ARRESTED: 05/01/2003
DATE INDICTED: 08/08/2003 DATE FILED: 08/12/2003
DATE RELEASED: 05/02/2003 DATE HEARING:
BOND AMOUNT: $30,000.00 P SURETIES: IRENE BENNETT

DATE 1: DESC: TIME: 0000
DATE 2: 08/26/2003 DESC: ARRG TIME: 0200 P

TRACKING NOS: DC 2003 001235 00 / /

DEF/ATY: McIntyre, Robin TYPE: TYPE:
00000 00000

PROSECUTOR:

Nov 17

OTH CSE: DC200300123500 CHK/TICKET NO: 2003-745 GRAND JURY: 133
COURT REPORTER: SID NO: 000000000
DEF STATUS: BOND DEMAND: OPER: TOR

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 8-26-03 | Def. W/A and plea not guilty. Court appoints Robin McIntyre. Status and YO hearing set for Oct 20 at 10:00. Trial set for Nov. 17 at 9:00 |
| 10-16-03 | The Court having examined the Defendant and considered the report of investigation of the Defendant as required by Ala. Code §§ 15-9-1 & 2 (1975); It is ORDERED that the Defendant's request to be tried as a youthful offender is Denied. (N) [signature] CIRCUIT JUDGE |

EXHIBIT RX-1
PENGAD 800-631-6989

ACR0369 ALABAMA JUDICIAL INFORMATION CENTER

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2003 001016.00
JUDGE ID: TSM

STATE OF ALABAMA VS BENNETT MICHAEL STEVEN

| DATE | ACTION, JUDGMENTS, CASE NOTES |
| --- | --- |
| 11-20-03 | Def. Plea Guilty to Robbery I. Sentencing set for Jan 6th at 8:00 a.m. P. conf. |
| 1-6-04 | Deft was not applied for a PSI. Court re-set sentencing for 1-15-04 at 9:00 a.m. |
| 2-3-05 | Def. has had numerous disciplinaries in DOC - Court reinstated Defts 20 yr. sentence. |
| Rec'd 2/8/05 Comp. | |
| 10 JAN 07 | Denied D's motion for modification/amended sentence |

State of Alabama
Unified Judicial System

CASE ACTION SUMMARY (CONTINUATION)
SENTENCING ORDER

Case Number CC-03-1016

STATE OF ALABAMA v. Michael S. Barnett    Page No. ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 1-15-04 Rec'd 1-16-04 Comp. | |

*Sentencing Order*

The defendant and counsel, and counsel for the State of Alabama appeared in open court for the defendant to be sentenced on his/her conviction of: Robbery I

*Habitual Felony Offender*

____ The defendant has been given reasonable notice that the State intended to move the Court to sentence the the defendant under the provisions of --- 13A-5-9 and 10, *Code of Alabama. 1975.* The State's motion to sentence the defendant pursuant to the Habitual Felony Offender Act is ____ granted; ____ denied. The Court finds the defendant has ____ prior convictions: ____

*Sentence*

- ✓ The defendant waived a sentencing hearing.
- ____ The Court conducted a sentencing hearing.
- ✓ A pre-sentence report was requested by the defendant and considered by the Court.
- ____ The defendant waived a pre-sentence investigation and report.
- ✓ The Court asked the defendant if he/she had anything to say why the sentence of law should not be imposed against him/her, and: X the defendant having had his/her say; ____ the defendant had nothing to say, it is ORDERED as follows:
- ✓ The defendant is sentenced to the custody of the Commissioner of the Department of Corrections for a period of: 20 year(s), and ____ month(s), ____ day(s); ____ his/her life; ____ his/her life without parole.
- ____ The defendant is sentenced to the custody of the Sheriff of Montgomery County, Alabama, for a period of: ____ year(s), ____ month(s), ____ day(s).
- ____ The defendant is sentenced to the custody of the Warden of the Montgomery City Jail for a period of: ____ year(s), ____ month(s), ____ days(s).
- ____ The defendant is fined the sum of $____.
- ____ The defendant is fined the sum of $____ for the Mandatory Drug Demand Reduction Assessment Act Fine.
- ____ Defendant's Driver's License is suspended for a period of ____.
- ____ Y.O.A.
- ____ Frank Lee Youth Center is recommended.
- ✓ The counts in this sentence shall run concurrent with the sentence(s) imposed in all other cases
- ____ The defendant shall pay restitution in the amount of $ Ø.
- ✓ The defendant shall pay the costs of this case.
- ✓ The defendant shall pay the Alabama Crime Victims Compensation Commission, the sum of $ 50.
- ____ The defendant shall pay $100.00 fine to the Department of Forensic Sciences.
- ____ One-half of all monies earned by the defendant while in the Department of Corrections shall be withheld to pay Court-Ordered monies.
- ____ The defendant shall reimburse the State of Alabama the costs of his/her appointed counsel in the amount of $____.
- ____ The payment of Court-ordered monies shall be a condition of parole, early release, S.I.R., or work release.
- ✓ The defendant was advised of his/her rights of appeal.

(Page 1, back)

STATE OF ALABAMA v. CASE NO. CC - ____________

Page No. ________ of ________ pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|

## *Sentence Suspended*

______ The defendant's sentence is suspended, and the defendant is placed on:

______ court-supervised probation for a period of ____________________

______ unsupervised probation for a period of ____________________

______ supervised probation for a period of ____________________

## *Split Sentence*

The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of ________, however, as a first condition of probation, the defendant shall serve: K a period of 3 yrs in the custody of the Commissioner of the Department of Corrections; ______ a period of ____________ in the custody of the Sheriff of Montgomery County, Alabama; ______ a period of ____________ in the custody of the Warden of the Montgomery City Jail. At the end of the defendant's incarceration, he/she shall be transported back to this Court for the imposition of further terms and conditions of probation.

______ Before being delivered into the custody of the Commissioner of the Department of Corrections, the defendant shall be transported to the Substance Abuse Unit at Bryce State Hospital for treatment. When the defendant has received the maximum benefit of his treatment, he/she shall be delivered into the custody of the Commissioner of the Department of Corrections to serve the period of his/her incarceration.

## *Split Sentence -- Boot Camp*

______ The defendant's sentence is suspended, and he is placed on supervised probation for a period of ____________________, however, as the first condition of his probation, the defendant shall serve up to 180 days in the custody of the Commissioner of the Department of Corrections and he shall successfully complete the Disciplinary, Rehabilitation Program. If the defendant successfully completes the program, he shall be returned to this Court for the imposition of further terms and conditions of probation. If the defendant does not successfully complete the program, he shall remain in the custody of the Commissioner of the Department of Corrections for a period of ____________________.

## *Split Sentence -- Substance Abuse Treatment Only*

______ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of ____________________. As a first condition of the probation, the defendant shall be transferred to the Substance Abuse Unit at Bryce Hospital for treatment. When the defendant has received the maximum benefit of his/her treatment, the defendant shall be returned to this Court for the imposition of further terms and conditions of probation.

## *Reverse Split Sentence*

______ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of ____________________, however, as a first condition of probation, the defendant shall serve: ______ a period of ____________ in the custody of the Commissioner of the Department of Corrections; ______ a period of ____________ in the custody of the Sheriff of Montgomery County, Alabama; ______ a period of ____________ in the custody of the Warden of the Montgomery City Jail. The period of the defendant's incarceration is postponed for a period of ____________ months/years. On ____________ (date) the defendant shall appear before this Court and show cause, if any he/she has, why the period of incarceration should be postponed indefinitely.

03-1016 TSm

GJ NO. 0133 Co-deft

**THE STATE OF ALABAMA**

Michael Steavan Bennett
B/M HT: WT: DOB:11/29/85

1125 Oakbrook Drive

SID. NO. ______ ARREST DATE 05/01/03

FOR

Robbery I

**A TRUE BILL**

[signature]
Foreperson of Grand Jury

**BAIL IN THIS CASE IS FIXED AT**

$ 30,000

[signature]
Judge of Circuit Court of Montgomery County

CC NO. TSM

S.E.B.P. 5/03 Green

Presented in open Court by the Foreperson of the Montgomery County Grand Jury in the presence of 16 other members of the Grand Jury and filed this 8th day of Aug, 03.

[signature]
Clerk of the Circuit Court of Montgomery County

**WITNESSES**

Christopher Arnette
754 Ryefield Rd.
Wk:Regions

C.J. Butterbaugh
Wk:MPD

W.D. Crisler
Wk:MPD

Paul Donahoe
604 Durward Dr.

W.D. Favor
Wk:MPD

Joshua Frost
1757 Silverhills Prattville

R.W. Gautney
Wk:MPD

M.D. Hall
Wk:MPD

M.K. Hameed
Wk:MPD

Hananiah Harris
5700 Bell Road Lot #71

Joshua Mitchell
43 Turner Place

Paul Moore
48 Magnolia Ct. Wetumpka, AL

M.P. Myrick
Wk:MPD

B.E. Thornell
Wk:MPD

S.E. Wilson
Wk:MPD

State of Alabama
Unified Judicial System

CASE ACTION SUMMARY (CONTINUATION)
SENTENCING ORDER

Case Number CC-03-1016

STATE OF ALABAMA v. Michael S. Pruett

Page No. ____ of ____ Pages

DATE | ACTIONS, JUDGMENTS, CASE NOTES

1-15-04

## Sentencing Order

The defendant and counsel, and counsel for the State of Alabama appeared in open court for the defendant to be sentenced on his/her conviction of Robbery I

Rec'd 1-16-04

## Habitual Felony Offender

____ The defendant has been given reasonable notice that the State intended to move the Court to sentence the the defendant under the provisions of --- 13A-5-9 and 10, *Code of Alabama. 1975.* The State's motion to sentence the defendant pursuant to the Habitual Felony Offender Act is ____ granted; ____ denied. The Court finds the defendant has ____ prior convictions:

Comp. ✓

## Sentence

X The defendant waived a sentencing hearing.
____ The Court conducted a sentencing hearing.
X A pre-sentence report was requested by the defendant and considered by the Court.
____ The defendant waived a pre-sentence investigation and report.
X The Court asked the defendant if he/she had anything to say why the sentence of law should not be imposed against him/her, and: X the defendant having had his/her say; ____ the defendant had nothing to say, it is ORDERED as follows:
X The defendant is sentenced to the custody of the Commissioner of the Department of Corrections for a period of: 20 year(s), and ____ month(s), ____ day(s); ____ his/her life; ____ his/her life without parole.
____ The defendant is sentenced to the custody of the Sheriff of Montgomery County, Alabama, for a period of: ____ year(s), ____ month(s), ____ day(s).
____ The defendant is sentenced to the custody of the Warden of the Montgomery City Jail for a period of: ____ year(s), ____ month(s), ____ days(s).
____ The defendant is fined the sum of $____.
____ The defendant is fined the sum of $____ for the Mandatory Drug Demand Reduction Assessment Act Fine.
____ Defendant's Driver's License is suspended for a period of ____.
____ Y.O.A.
____ Frank Lee Youth Center is recommended.
X The counts in this sentence shall run concurrent with the sentence(s) imposed in all other cases
____ The defendant shall pay restitution in the amount of $ Ø.
X The defendant shall pay the costs of this case.
X The defendant shall pay the Alabama Crime Victims Compensation Commission, the sum of $ 50.
____ The defendant shall pay $100.00 fine to the Department of Forensic Sciences.
____ One-half of all monies earned by the defendant while in the Department of Corrections shall be withheld to pay Court-Ordered monies.
____ The defendant shall reimburse the State of Alabama the costs of his/her appointed counsel in the amount of $____.
____ The payment of Court-ordered monies shall be a condition of parole, early release, S.I.R., or work release.
X The defendant was advised of his/her rights of appeal.

(Page 1, back)

STATE OF ALABAMA v. CASE NO. CC - ________

Page No. ______ of ______ pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|

*Sentence Suspended*

_____ The defendant's sentence is suspended, and the defendant is placed on:
_______ court-supervised probation for a period of ________________
_______ unsupervised probation for a period of ________________
_______ supervised probation for a period of ________________

*Split Sentence*

_____ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of ________________, however, as a first condition of probation, the defendant shall serve: _____ a period of ________________ in the custody of the Commissioner of the Department of Corrections; _____ a period of ________________ in the custody of the Sheriff of Montgomery County, Alabama; _____ a period of ________________ in the custody of the Warden of the Montgomery City Jail. At the end of the defendant's incarceration, he/she shall be transported back to this Court for the imposition of further terms and conditions of probation.

_____ Before being delivered into the custody of the Commissioner of the Department of Corrections, the defendant shall be transported to the Substance Abuse Unit at Bryce State Hospital for treatment. When the defendant has received the maximum benefit of his treatment, he/she shall be delivered into the custody of the Commissioner of the Department of Corrections to serve the period of his/her incarceration.

*Split Sentence -- Boot Camp*

_____ The defendant's sentence is suspended, and he is placed on supervised probation for a period of ________________, however, as the first condition of his probation, the defendant shall serve up to 180 days in the custody of the Commissioner of the Department of Corrections and he shall successfully complete the Disciplinary, Rehabilitation Program. If the defendant successfully completes the program, he shall be returned to this Court for the imposition of further terms and conditions of probation. If the defendant does not successfully complete the program, he shall remain in the custody of the Commissioner of the Department of Corrections for a period of ________________.

*Split Sentence -- Substance Abuse Treatment Only*

_____ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of ________________. As a first condition of the probation, the defendant shall be transferred to the Substance Abuse Unit at Bryce Hospital for treatment. When the defendant has received the maximum benefit of his/her treatment, the defendant shall be returned to this Court for the imposition of further terms and conditions of probation.

*Reverse Split Sentence*

_____ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of ________________, however, as a first condition of probation, the defendant shall serve: _____ a period of ________________ in the custody of the Commissioner of the Department of Corrections; _____ a period of ________________ in the custody of the Sheriff of Montgomery County, Alabama; _____ a period of ________________ in the custody of the Warden of the Montgomery City Jail. The period of the defendant's incarceration is postponed for a period of ________________ months/years. On ________________ (date) the defendant shall appear before this Court and show cause, if any he/she has, why the period of incarceration should be postponed indefinitely.

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

Circuit Court of Montgomery County, August Term, A.D. 2003

**The Grand Jury of said County charge that, before the finding of this indictment,**

MICHAEL STEAVAN BENNETT,

whose name is otherwise unknown to the Grand Jury, did, in the course of committing a theft of lawful currency and/or coinage of the United States of America, of some value, a better description of which is unknown to the Grand Jury, use force against the person of the owner or any person present, Paul Moore, with intent to overcome his physical resistance or physical power of resistance, or threaten the imminent use of force against the person of the owner or any person present, Paul Moore, with intent to compel acquiescence to the taking of or escaping with the property, while the said Michael Steavan Bennett and/or an accomplice was armed with a deadly weapon or dangerous instrument, a gun, a better description of which is unknown to the Grand Jury, in violation of Section 13A-8-41 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

Ellen Brooks

District Attorney, Fifteenth Judicial Circuit of Alabama

8/133

ACR364 1

ALABAMA JUDICIAL DATA CENTER
DISTRICT COURT OF MONTGOMERY COUNTY
TRANSCRIPT TO CIRCUIT COURT

McCooey

CASE: DC 2003 001235.00
JID: LUCIE MCLEMORE

THE STATE OF ALABAMA VS BENNETT MICHAEL STEVEN
1125 OAKBROOK DR

MONTGOMERY AL 36110-0000

CHARGE: ROBBERY 1ST

PROSECUTOR:

DEF ATTY:
DEF ATTY:

__________ WARRANT ISSUED AND DELIVERED TO SHERIFF.

05/01/2003 WARRANT EXECUTED BY ARRESTING THE DEFENDANT AND COMMITTING HIM TO JAIL (OR RELEASING HIM ON BOND).

05/02/2003 BOND $30,000.00 APPROVED AND FILED. SURETIES.

__________ DEFENDANT TRIED, CONVICTED AND FINED 0.00 DOLLARS AND THE COST OF THE PROSECUTION.

__________ ON PRELIMINARY EXAMINATION, DEFENDANT BOUND OVER TO AWAIT THE ACTION OF THE GRAND JURY AND BOND FIXED AT $0.00.

__________ DEFENDANT APPEALED TO THE PRESENT TERM OF THE CIRCUIT COURT AND BOND FIXED AT $ ______________.

__________ BOND APPROVED AND FILED; SURETIES:
S001 IRENE BENNETT

06/09/2003 NO PRELIMINARY REQUESTED, CASE TRANSFERRED TO D.A.
__________ CASE LAPSE FWD

BILL OF COST

| | |
|---|---|
| DOCKET FEE | 0.00 |
| PRELIMINARY HEARING | 0.00 |
| WITNESS SUBPOENA | 0.00 |
| TOTAL | 0.00 |

CERTIFICATE TO TRANSCRIPT

TO THE CLERK AND THE CIRCUIT COURT:
I HEREBY CERTIFY THAT THE FOREGOING IS A FULL, COMPLETE AND EXACT TRANSCRIPT FROM MY DOCKET OF THE JUDGMENT AND PROCEEDINGS IN THE ABOVE CLAUSE, AND I HEREWITH SEND TO THE CIRCUIT COURT ALL THE ORIGINAL AND OTHER PAPERS PERTAINING TO THE SAID CAUSE.

DATE ISSUED: 06/09/2003 MELISSA RITTENOUR BY________________
CLERK

NOTE:

WITNESS FOR STATE:

OPERATOR:ANC
PREPARED:06/09/2003

FILED 2003
Melissa Rittenour
Circuit Clerk

State of Alabama
Unified Judicial System

Form C65 (front) Revised 11/92

# WARRANT OF ARREST

**(Felonies, Misdemeanors, or Violations)**

Warrant Number 2003F00745

Case Number DC03-1235

**IN THE DISTRICT COURT OF MONTGOMERY, ALABAMA**
(Circuit, District, or Municipal) Name of Municipality or County

[X] **STATE OF ALABAMA** [ ] **MUNICIPALITY OF**

**v. MICHAEL STEAVAN BENNETT**, Defendant

**TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:**

[X] Probable cause has been found on Complaint filed in this Court Against (name or description of person to be arrested)

**MICHAEL STEAVAN BENNETT**

Charging: [description of offense(s)] **ROBBERY FIRST DEGREE**

in violation of **§13A-8-41 Code of Alabama 1975** ; OR

[ ] An indictment has been returned by the Grand Jury of this county against (name of person to be arrested)

Charging: [description of offense(s)]

in violation of

[X] **YOU ARE THEREFORE ORDERED** to arrest the person named or described above and bring that person before a judge or magistrate of this Court to answer the charges against that person and have with you then and there this warrant with your return thereon. If a judge or magistrate of this Court is unavailable, or if the arrest is made in another county, you shall take the accused person before the nearest or most accessible judge or magistrate in the county of arrest.

[X] You may release the accused person without taking the accused person before a judge or magistrate:

[X] If the accused person enters into a bond in the amount of $ **30,000.00** with two good sureties approved by an authorized officer or by depositing cash or negotiable bonds in the amount with the court clerk; OR

[X] If the accused person posts an appearance bond in the amount of $ **30,000.00**

[ ] On his or her personal recognizance.

2003 MAY -2 A 2:00

APR 31 P 5:50

May 1, 2003 at 4:43 PM
Date

Judge/Magistrate/Clerk

| Form C-65 (back) Rev. 11/92 | **WARRANT OF ARREST (Felonies, Misdemeanors, or Violations)** |
|---|---|

**CERTIFICATE OF EXECUTION**

I, the undersigned law enforcement officer, certify that I executed the foregoing **ARREST WARRANT** by arresting the accused person names (or Described) therein 1332 o'clock ☐ a.m. ☒ p.m., on the 01 day of May, 2003, in MONTGOMERY COUNTY, ALABAMA.

After arrest, the accused person was:

☐ Released as authorized at ______ o'clock ☐ a.m. ☐ p.m., ______, ______

☐ Taken before ☐ Judge ☐ Magistrate at ______ o'clock ☐ a.m. ☐ p.m., ______, ______.

☒ Placed in jail at ______ o'clock ☐ a.m. ☐ p.m. ______, 2003

05/01/03 — Date

Det M. K. [illegible] #[illegible] — Signature/Title/Agency

## IDENTIFICATION OF ACCUSED PERSON

| Name of Accused Person | | | | | Telephone Number |
|---|---|---|---|---|---|
| MICHAEL STEAVAN BENNETT | | | | | 334/263/9805 |
| Social Security Number | Date of Birth | Age | Race | Sex | Height |
| 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 | 11/29/1985 | | B | M | 601 |
| Weight | Hair | Eyes | Drivers License Number & State of Issue | | |
| ~~235~~ 300 | Black | Blue | | | |
| Address | | City | State | Zip Code | |
| 1125 OAKBROOK DR | | MONTGOMERY | AL | 36110 | |
| Name of Employer | | | Employer's Telephone Number | | |
| | | | | | |
| Address | | City | State | Zip Code | |
| | | | | | |

**WITNESSES**

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |

**ACKOWLEDGMENT BY ACCUSED PERSON**

☐ I hereby acknowledge that at the time of my release I was directed to appear in person before the court, as follows:

Place: ______

Date: ______

Time: ______ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharge.

☐ I promise to appear as directed before the court, as follows:

Place: ______

Date: ______

Time: ______ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharge.

______ Date

______ Signature of Accused

Case # 03-10844 Warrant # 2003FØ0945

**AFFIDAVIT**
**DISTRICT COURT OF MONTGOMERY ALABAMA**

**INSTRUCTIONS:** Complete the following information on OFFENSE/OFFENDER

**Offense:** *Robbery First Degree*

**Defendant's Name:** *Michael Steavan Bennett, B/M* **D.O.B.** *11/29/1985*

**Defendant's SSN:** *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* **Height:** *6'0"* **Weight:** *300*

**Defendant's Address:** *1125 Oakbrook Drive, Montgomery Alabama*

**Date & Time of Offense:** *05/01/03, 1255 hours*

**Place of Occurrence:** *Carmike Cinemas(Eastdale)1001 Eastdale Circle, Montgomery Al.*

**Person or Property Attacked:** *Paul Moore*

**How Attacked:** *Robbed at Gunpoint*

**Damage Done or Property Attacked:** *N/A*

**Value of Property:**

**Details of Offense:**

FILED 2003 MAY -2 A 2:00 DISTRICT COURT OF MONTGOMERY COUNTY

*On Thursday 5/1/03, at approximately 1255 hours, the above named Defendant and approached the clerk at the box office of Carmike Cinemas(Eastdale)armed with a handgun. The Defendant produced a handgun and demanded currency from the clerk. Moments later the Defendant and Co-Defendant were apprehended in the Defendants vehicle and brought back to the scene where the Defendant was positively identified and both suspects confessed to the offense.*

*Co-Defendant: Joshua Randell Degree, 17 YOA*

This offense did occur in the City of Montgomery, Montgomery County, and is in violation of Title 13A-8-41 against the peace and dignity of the State of Alabama.

I make this affidavit for the purpose of securing a warrant against the said *Michael Steavan Bennett, B/M*. I understand that I am instituting a criminal proceeding and cannot drop this case. I further understand that if any of the facts are untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in this proceeding.

Sworn to and subscribed before me this *01* day of *May* 20 *03*.

Judge - Clerk - Magistrate

Complainant

**WITNESSES:** (Name, Address, Telephone Number)

1) *Paul Moore, 48 Magnolia Court, Montgomery Alabama*

2) *Paul Donnahoe, 604 Durward Drive, Montgomery Alabama*

3) *Cpl. M.D. Hall, #413, MPD*

4) *Cpl. M. Hameed, #213*

State of Alabama
Unified Judicial System

Form CR-6 Revised 8/98

# COMPLAINT

(Felonies, Misdemeanors, or Violations-
District Court or Municipal Court)

Warrant Number 2003F00745

Case Number

IN THE DISTRICT COURT OF MONTGOMERY, ALABAMA
(Circuit, District or Municipal) (Name of Municipality or County)

[X] STATE OF ALABAMA
[ ] MUNICIPALITY OF MONTGOMERY v. MICHAEL STEAVAN BENNETT
Defendant

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that MICHAEL STEAVAN BENNETT, defendant whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about 05/01/2003 (date of occurrence) commit the offense of ROBBERY FIRST DEGREE within the

[X] County of MONTGOMERY
[ ] City/Town of ______ or in the police jurisdiction thereof, in that he/she did:

(State specific facts here. Continue on a separate sheet of paper if needed.) in the course of committing a theft of property, as stated or described in the attached Affidavit, use force or threaten the imminent use of force against the said person or another person present, with the intent to overcome his/her physical resistance or physical power of resistance, or to compel the acquiescence to the taking of or escaping with the property (select as appropriate):

(a)(1) [X] while the Defendant was armed with a deadly weapon or dangerous instrument as stated or described in the attached Affidavit;
(a)(2) [ ] and at the time caused serious physical injury to said person or another person as stated or described in the attached Affidavit,

FILED
DISTRICT COURT OF
MONTGOMERY COUNTY
2003 MAY -2 A 2:00

in violation of

[X] Section 13A-8-41, *Code of Alabama* 1975.
[ ] Municipal Ordinance Number ______, which embraces Section ______
*Code of Alabama 1975*, previously adopted, effective and in force at the time the offense was committed.
[ ] Other ______

Sworn to and Subscribed before me this 01ST day of MAY, 2003

Judge/Magistrate/Warrant Clerk

Complainant

Carmike Cinemas @ Eastdale – Montgomery AL 36117
Address
334-227-5163
Telephone Number

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |

Additional Witnesses on Reverse Side.

State of Alabama
Unified Judicial System
Form CR-10 Rev. 8/98

# CONSOLIDATED APPEARANCE BOND
(District Court, Grand Jury, Circuit Court)

Case Number DC03-1235

IN THE DISTRICT COURT OF MONTGOMERY, ALABAMA
(Circuit or District) (Name of County)

STATE OF ALABAMA v. Michael S. Bennett
Defendant

I, Michael Bennett (Defendant), as principal,
and I (we), Others
(Please print)
, as surety(ies), agree to pay the State of Alabama the sum of $ 30,000 and such costs as authorized by law unless the above-named defendant appears before the district court of the county on the Sch (date) at ____.M. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from time to time thereafter until discharged by law or at the next session of circuit court of the county; there to await the action by the grand jury and from session to session thereafter until discharged by law to answer to the charge of Robbery I 03F-745, or any other charge as authorized by law.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemption that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

It is agreed and understood that this is a consolidated bond, eliminating the necessity for multiple bonds and that it shall continue in full force and effect, until the defendant appears before the district court or circuit court, whichever has jurisdiction, to answer the above charge, and from time to time thereafter until the defendant is discharged by law, or, until such time as the undersigned sureties are otherwise duly exonerated as provided by law.

Signed and sealed this date with notice that false statements are punishable as perjury.

Signature of Defendant [signature] (L.S.)

Address (print) 1125 Oak Brook Dr. City Mont State AL Zip 36110

| Signature of Surety/Agent of Professional Surety or Bail Company [signature] (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
|---|---|
| Social Security Number 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 Telephone Number 356-5209 | Social Security Number Telephone Number |
| Address (print) 1125 Oakbrook Dr City State AL Zip 36110 | Address (print) City State Zip |
| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
| Social Security Number Telephone Number | Social Security Number Telephone Number |
| Address (print) City State Zip | Address (print) City State Zip |

Date 5/2/03

Approved by: Judge/Magistrate/Sheriff [signature]

By: Deputy Sheriff [signature]

FILED 2003 Melissa Rittenour Circuit Clerk

RECEIVED MONTGOMERY COUNTY SHERIFF

**Defendant's Information**

| Date of Birth 11-29-85 | Sex M | Height 6'4" | Weight 300 | Employer |
|---|---|---|---|---|
| Social Security Number 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 | Race B | Hair Bro | Eyes Blu | Employer's Address |
| Driver's License Number State ( ) | Telephone Number 334-356-5209 | | | Employer's Telephone Number |

☐ Property Bond ☐ Professional Surety/Bail Company Bond ☐ Cash Bond

COURT RECORD: Original DEFENDANT: Copy SURETY: Copy

IN THE DISTRICT COURT OF MONTGOMERY COUNTY

STATE OF ALABAMA v. MICHAEL BENNETT
Defendant

I, the undersigned surety, hereby certify that I am not an attorney, a judicial official, or a person authorized to make bail and that I own property in this state that has a fair market value equal to or greater than the amount of the appearance bond in this cause, exclusive of property exempt from execution and above and over all liabilities, including the amount of all other outstanding appearance bonds entered into by me. If the surety's property is valued at less than the amount of the bond and is to be aggregated with the property of other sureties, state the value of the surety's property exclusive of liabilities and exemptions. I own the following property (attach a separate sheet, if necessary):

FILED DISTRICT COURT OF MONTGOMERY COUNTY AL
2003 MAY -5 AM 8 39

on which there are the following exemptions and liabilities (attach a separate sheet, if necessary - homestead exemption waiver has a separate form on which to fill out):

and I am presently a surety on ______ outstanding appearance bonds in the aggregate amount of $______.

I swear that the above statements are true and correct and understand that a false statement made in this affidavit will subject me to penalties of perjury.

RECEIVED MONTGOMERY COUNTY DETENTION FACILITY MONTGOMERY, AL
2003 MAY -2 AM 10: 05
D.T. MARSHALL, SHERIFF

X Irene Bennett
Surety's Name (Print)

X [signature] (L.S.)
Signature of Surety

X 1125 oak brook
Address Montgomery, AL 36110
X 1125 oak brook Dr

X 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
Social Security Number

X 334 356 5209
Telephone (Business) Telephone (Residence)

Sworn to and Subscribed before me this ______ Day of ______, 19___.

______
Judge/Magistrate/Notary Public

Revised 6/99

```
DSPAD  2003 TAX YEAR  DATE 07   02  _ ST-AGCT 00000000 C1 4 C2   C3 0 C4 _ C5 _
(03) 04-04-20-03-001-011.007 (37) R (38) 19B (39) _ (40) _ (41) _ (42) 110 _
(43) R60S__ _ (44) 02 (45) 2 (46) _ (47) 0000 (48) 00 (49) 01
                              (S1) ______ _ ______ _ _ (S2) ______ _ ______ _ _
                              (S3) ______ _ ______ _ _ (S4) ______ _ ______ _ _
 OWNER-NAME                        PCT      OWNER-NAME                        PCT
1)BENNETT_IRENE______________ _____ (2) ______________________________ _____
3)___________________________ _____ (4) ______________________________ _____
5)___________________________ _____ (6) ______________________________ _____
(201) 1125___________________ (202) OAKBROOK_DR___________________
(203) _______________________ (204) MONTGY_____________ AL  36110 0000
(301) 2361 0052 01232002  (302) ____ ____ ______  (303) ____ ____ ______
(304) ____ ____ ______    (305) ____ ____ ______
(401) ____1125  (402) ____  (403) OAKBROOK_DR__________  (DIR) _
(EX1) _______________________ (EX2) __________________
(511) 60_X_160_IRR_____ (512) __________________ (521) ______ (522) ______
(PLT) BROOKVIEW_MANOR_ADD_6_____ (LOT) 15__ (BLK) 29__ (BK) 024 (PG) 173
(701) _______________________ (702) ______________________________
(703) _______________________ (704) ______________________________
(705) _______________________ (706) ______________________________
(707) _______________________ (708) ______________________________
(709) _______________________ (710) ______________________________
ACT466 ________  TAB P  TIMBER _ ______  RCT# 00011787  TAX      333.27
NEXT FUNCTION __   ENTER S, N, OR R                          DSPPTX-418
```

2003 MAY -5 A 7:39

FILED
DISTRICT COURT OF
MONTGOMERY COUNTY
AL

RECEIVED
MONTGOMERY COUNTY
DETENTION FACILITY
MONTGOMERY, AL
2003 MAY -2 A 10:05
D.T. MARSHALL, SHERIFF

State of Alabama
Unified Judicial System
Form C-54 Rev 6/88

APPLICATION FOR YOUTHFUL OFFENDER STATUS AND ORDER OF INVESTIGATION

Case Number
CC- 03-1016
McCOOEY

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY

STATE OF ALABAMA v. Michael Bennett

Comes now the defendant in the above styled cause and makes application for youthful offender treatment:

1. I am 17 years of age. Date of Birth: 11/29/85

2. I am represented by my attorney and he has discussed my case with me. I have had enough time to talk with my attorney about the facts of my case and he/she has explained my constitutional rights to me *(see reverse side)*. I am satisfied with the services of my attorney and I have no complaints as to the way he has handled my case.

3. I understand that I am eligible to apply for treatment as a youthful offender. I understand that if I waive my right to a trial by jury and consent to be tried by the Court without a jury and treated as a youthful offender, the Court will cause me to be investigated and examined by the Court and the Court, in its discretion, may direct that I be arraigned and tried as a youthful offender.

4. I understand that if I am adjudged by the Court to be a youthful offender, the Court, in its sole discretion, may do any of the following:

a. Suspend the imposition or execution of sentence with or without probation; or
b. Place me on probation not to exceed three (3) years, prescribing such terms of probation as the court, in its sole discretion, may deem proper; or
c. Impose a fine as provided by law with or without probation or commitment; or
d. Commit me to the custody of the Board of Corrections for a term of three (3) years or for a lesser term or where a sentence of fine is not otherwise authorized by law, in lieu of or in addition to any such fine, the Court may also impose a fine not to exceed $1,000.
e. If the underlying charge is a misdemeanor, I may be given correction treatment as provided by law for such misdemeanor.

5. I certify that I have not been threatened or abused or offered any inducement or reward to get me to make this application. I further understand that the punishment I receive is in the sole discretion of the Court, although the Court may in its discretion accept recommendations of punishment from the District Attorney.

6. With a full understanding of the foregoing, I hereby waive my right to a trial by jury and consent to be examined by the Court, or such agency as the Court may direct, and I further consent to be tried by the Court, without a jury, should the Court direct that I be treated as a youthful offender.

8/26/2003
Date

Michael S. Bennett
Defendant

Comes the attorney for the above named defendant and certifies that on this date, the above information was read by the defendant in my presence, or was read to him by me, that I discussed these matters with the defendant in detail, and that I concur in this petition.

8/26/2003
Date

T. Robin McIntyre
Attorney ~~DOUGLAS C. FREEMAN (FRE021)~~
T. Robin McIntyre, MCI 014

ORDER

It is ORDERED that the Parole and Probation Office in this County make an investigation of the defendant in accordance with the Code of Alabama, 1975.

It is further ORDERED that a hearing is set on said Petition on (date) October 2, 2003 at (time) 8:00 a.m.

RECEIVED 9-2-03 CIRCUIT COURT CLERK

8/26/2003
Date

TRACY S. McCOOEY

cc: Green/White, Robin McIntyre

COURT RECORD (Original) DEFENDANT (Copy) ATTORNEY (Copy) PROBATION OFFICE (Copy)

| State of Alabama<br>Unified Judicial System<br>Form CR-51 (front) Rev. 7/96 | **EXPLANATION OF RIGHTS AND PLEA OF GUILTY**<br>(Non-Habitual Offender — Felony and Misdemeanor Circuit or District Court) | Case Number<br>CC- 03-1016 |
|---|---|---|

IN THE Circuit COURT OF Montgomery COUNTY, ALABAMA
(Circuit or District) (Name of County)

STATE OF ALABAMA v. Michael Steven Bennett
Defendant

**TO THE ABOVE-NAMED DEFENDANT:** The Court being informed that you wish to enter a plea of guilty in this case, this is to inform you of your rights as a criminal defendant.

**PENALTIES APPLICABLE TO YOUR CASE**

You are charged with the crime of Robbery 1st which is a Class A ☒ Felony ☐ Misdemeanor. The Court has been informed that you desire to enter a plea of guilty to ☒ this offense or ☐ to the crime of ______ which is a Class ______ ☐ Felony ☐ Misdemeanor. The sentencing range for the above crime(s) is set out below:

| MISDEMEANOR | | FELONY | |
|---|---|---|---|
| Class A | Up to one (1) year imprisonment in the county jail, or a fine up to $2000, or both. | Class A | Not less than ten (10) years and not more than life or ninety-nine (99) years imprisonment in the state penitentiary, and may include a fine not to exceed $20,000. |
| Class B | Up to six (6) months imprisonment in the county jail, or a fine up to $1000, or both | Class B | Not less than two (2) years and not more than twenty (20) years imprisonment in the state penitentiary, and may include a fine not to exceed $10,000. |
| Class C | Up to three (3) months imprisonment in the county jail, or a fine not to exceed $500, or both | Class C | Not less than one (1) year and one (1) day and not more than ten (10) years imprisonment in the state penitentiary, and may include a fine not to exceed $5,000. |

**Crime Victims Assessment:** You will also be ordered to pay an additional monetary penalty for the use and benefit of the Alabama Crime Victims Compensation Commission of not less than $50 and not more than $10,000 for each felony and not less than $25 and not more than $1,000 for each misdemeanor for which you are convicted. This crime is also subject to the following enhancements or additional penalties as provided by law: (Provisions Checked Apply To Your Case)

☐ **Enhanced Punishment For Use Of Firearm Or Deadly Weapon:** §13A-5-6, *Code of Alabama* 1975, provides for the enhancement of a punishment where a "firearm or deadly weapon was used or attempted to be used in the commission of a felony." This section provides for the following punishment in such event: For the commission of a **Class A Felony**, a term of imprisonment of not less than 20 years; For the commission of a **Class B Felony**, a term of imprisonment of not less than 10 years; For the commission of a **Class C Felony**, a term of imprisonment of not less than 10 years.

☐ **Enhanced Punishment For Drug Sale Near School:** §13A-12-250, *Code of Alabama* 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public or private school, college, university or other educational institution, must be punished by an additional penalty of five years' imprisonment for each violation.

☐ **Enhanced Punishment for Drug Sale Near Housing Project:** §13A-12-270, *Code of Alabama* 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public housing project owned by a housing authority, must be punished by an additional penalty of five years' imprisonment for each violation.

☐ **Enhanced Punishment For Sale Of Controlled Substance To One Under 18:** §13A-12-215, *Code of Alabama* 1975, provides that anyone convicted of selling, furnishing or giving away a controlled substance to one who has not yet attained the age of 18 years, shall be guilty of a Class A Felony and the punishment imposed shall not be suspended or probation granted.

☐ **Drug Demand Reduction Assessment Act and Loss of Driving Privileges:** Section 13A-12-281 provides that, if you are convicted of a violation of §13A-12-202, 13A-12-203, 13A-12-204, 13A-12-211, 13A-12-212, 13A-12-213, 13A-12-215 or 13A-12-231, *Code of Alabama* 1975, you shall be assessed an additional fee of $1000 if you are a first-time offender or $2000 if you are a repeat offender under one of these sections. Collection of all or part of the penalty will be suspended if, with Court approval, you enter a drug rehabilitation program and if you agree to pay for a part or all of the program costs. Upon successful completion of the program, you may apply to the Court to reduce the penalty by the amount actually paid by you for participation in the program. Any suspension of the penalty can be withdrawn by the Court if you fail to enroll in or successfully pursue or otherwise fail to complete an approved program. In addition, pursuant to §13A-12-291, *Code of Alabama* 1975, if you are convicted or adjudicated of a violation of one of the offenses listed above or a violation of §13A-12-214 (unlawful possession of marijuana in the second degree), §32-5A-191(a)(3) or §32-5A-191(a)(4) (DUI offenses involving drugs), you will lose your privilege to drive a motor vehicle for a period of six months, which shall be in addition to any suspension or revocation otherwise provided by law.

☐ **Alcohol Related Offense:** If you are convicted of an alcohol or drug-related offense, you will be required to undergo an evaluation for substance abuse. Based upon the results of any such evaluation, you will be required to complete the recommended course of education and/or

Form CR-51 (back) Rev. 7/96

**EXPLANATION OF RIGHTS AND PLEA OF GUILTY**
(Non-Habitual Offender – Felony and Misdemeanor -- Circuit or District Court)

treatment and to pay for the evaluation and any program to which you are referred. Failure to submit to an evaluation or failure to complete any program to which you may be referred will be considered a violation of any probation or parole you may be granted. You may also be required to attend monitoring sessions, including random drug and alcohol testing or blood, urine and/or breath, tests and to pay a fee for this service. You may request a waiver of part or all of the fees assessed if you are indigent or for any portion of time you are financially unable to pay. Community service may be ordered by the Court in lieu of the monetary payment of fees by an indigent.

☐ DNA Samples for Criminal offenses in §36-18-24, Code of Alabama 1975. §36-18-25(e), provides that, as of May 6, 1994, all persons convicted of any of the offenses set out in §36-18-24, shall be ordered by the court to submit to the taking of a DNA sample or samples.

☐ Beginning October 1, 1993, if you are convicted of a DUI offense pursuant to §32-5A-191, Code of Alabama 1975, an additional fine of $100.00 will be assessed pursuant to §32-5A-191.1, Code.

☐ Beginning October 1, 1995, if you are convicted in any court of this state for drug possession, drug sale, drug trafficking, or drug paraphernalia offenses as defined in §§ 13A-12-211 to 13A-12-260, inclusive, Code of Alabama 1975, an additional fee of $100.00 will be assessed pursuant to §36-18-7, Code.

☐ Other: ______________________

**RIGHTS YOU HAVE AND WAIVER OF YOUR RIGHTS**

Under the Constitution of the United States and the Constitution and laws of the State of Alabama, you have a right to remain silent and you may not be compelled to give evidence against yourself. Your attorney cannot disclose any confidential talks he/she has had with you. You do not have to answer any questions. If you do answer questions knowing that you have a right to silence, you will have waived your right.

You have the right to enter or stand on if previously entered, a plea of "Not Guilty" or "Not Guilty by Reason of Mental Disease or Defect," or "Not Guilty and Not Guilty by Reason of Mental Disease or Defect" and have a public trial before a duly selected jury. The jury would decide your guilt or innocence based upon the evidence presented before them. If you elect to proceed to trial, you would have the right to be present, you would have the right to have your attorney present to assist you, you would have the right to confront and cross examine your accuser(s) and all the State's witnesses, you would have the right to subpoena witnesses to testify on your behalf and to have their attendance in court and their testimony required by the Court, and you would have the right to take the witness stand and to testify but only if you chose to do so, as no one can require you to do this. If you elect to testify, you can be cross examined by the State just as any other witness is subjected to cross examination. If you elect not to testify, no one but your attorney will be allowed to comment about that fact to the jury. Your attorney is bound to do everything he/she can honorably and reasonably do to see that you obtain a fair and impartial trial.

If you elect to proceed to trial, you come to court presumed to be innocent. This presumption of innocence will follow you throughout the trial until the State produces sufficient evidence to convince the jury (or the Court if the trial is non-jury) of your guilt beyond a reasonable doubt. You have no burden of proof in this case. If the State fails to meet its burden, you would be found not guilty. If you are entering a guilty plea to a charge for which you have not yet been indicted, you are waiving indictment by a grand jury and you will be pleading guilty to a charge preferred against you by a District Attorney's Information filed with the Court. IF YOU PLEAD GUILTY, THERE WILL BE NO TRIAL, YOU WILL BE WAIVING THE RIGHTS OUTLINED ABOVE, EXCEPT YOUR RIGHTS RELATING TO REPRESENTATION BY AN ATTORNEY THE STATE WILL HAVE NOTHING TO PROVE, AND YOU WILL STAND GUILTY ON YOUR GUILTY PLEA. YOU WILL, HOWEVER, HAVE THE RIGHT TO APPEAL.

IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS OR THE CONSEQUENCES OF PLEADING GUILTY, PLEASE LET THE COURT KNOW NOW AND FURTHER EXPLANATION WILL BE MADE.

RECEIVED 11-26-03 CIRCUIT COURT CLERK

11/20/03
Date

**ATTORNEY'S CERTIFICATE**

I certify that the above was fully read to the Defendant by me; that I explained the penalty or penalties involved with the Defendant, that I discussed in detail the Defendant's rights and the consequences of pleading guilty; and that in my judgment, the Defendant understands the same and that he/she is knowingly, voluntarily and intelligently waiving his/her rights and entering a voluntary and intelligent plea of guilty. I further certify to the Court that I have in no way forced or induced the Defendant to plead guilty and to my knowledge no one else has done so.

11/20/03
Date

T. Robin McIntyre
Attorney

**DEFENDANT'S STATEMENT OF WAIVER OF RIGHTS AND PLEA OF GUILTY**

I certify to the Court that my attorney has read and explained the matters set forth above; that my rights have been discussed with me in detail and fully explained; that I understand the charge or charges against me; that I understand my rights, the punishment or punishments provided by law as they may apply to my case and I understand the consequences of pleading guilty; that I am not under the influence of any drugs, medicines or alcoholic beverages and I have not been threatened or abused or offered any inducement, reward, or hope of reward to plead guilty other than the terms of the plea bargain which will be stated on the record.

I further state to the Court that I am guilty of the charge to which I am entering a plea of guilty, that I desire to plead guilty, that I made up my own mind to plead guilty, and that I knowingly, intelligently and voluntarily waive my right to a trial in this case. I further state to the Court that I am satisfied with my attorney's services and his/her handling of my case.

11/20/03
Date

Michael D Bennett
Defendant

THE COURT OF MONTGOMERY COUNTY 10/22/2003

STATE OF ALABAMA VS BENNETT MICHAEL STEVEN

CC 2003 001016 00

DISTRICT ATTORNEY OFFICE
RM 211 COUNTY COURTHOUSE
251 SOUTH LAWRENCE ST
MONTGOMERY ALABAMA

DATE: 11172003
TIME: 0900AM

| NAME / ADDRESS | | REQUESTED BY: | ISSUED: | SERVED: | INIT: |
|---|---|---|---|---|---|
| CHRISTOPHER ARNETTE<br>754 RYEFIELD ROAD<br>WK: REGIONS | 00000-0000 | STATE | 10222003 | ✓ | |
| NOTE: | | | | | |
| C J BUTTERBAUGH<br>WK: MPD | 00000-0000 | STATE | 10222003 | ✓ | |
| NOTE: | | | | | |
| W D CRISLER<br>WK: MPD | 00000-0000 | STATE | 10222003 | ✓ | |
| NOTE: | | | | | |
| PAUL DONAHOE<br>604 DURWARD DRIVE | 00000-0000 | STATE | 10222003 | LD | |
| NOTE: | | | | | |
| W D FAVOR<br>WK: MPD | 00000-0000 | STATE | 10222003 | ✓ | |
| NOTE: | | | | | |
| JOSHUA FROST<br>1757 SILVERHILLS<br>PRATTVILLE AL | 00000-0000 | STATE | 10222003 | ✓ | |
| NOTE: | | | | | |
| R W GAUTNEY<br>WK: MPD | 00000-0000 | STATE | 10222003 | ✓ | |
| NOTE: | | | | | |
| M.D. HALL<br>WK: MPD | 00000-0000 | STATE | 10222003 | ✓ | |
| NOTE: | | | | | |
| M K. HAMEED<br>WK: MPD | 00000-0000 | STATE | 10222003 | ✓ | |
| NOTE: | | | | | |

STATE OF ALABAMA VS BENNETT MICHAEL STEVEN

CC 2003 001014 00

DATE: 11172003
TIME: 0900AM

DISTRICT ATTORNEY OFFICE
RM 211 COUNTY COURTHOUSE
251 SOUTH LAWRENCE ST
MONTGOMERY ALABAMA

| NAME / ADDRESS | | REQUESTED BY: | ISSUED: | SERVED: | INIT: |
|---|---|---|---|---|---|
| HANANIAH HARRIS<br>5700 BELL ROAD LOT 71 | 00000-0000 | STATE | 10222003 | ✓ | |
| NOTE: | | | | | |
| JOSHUA MITCHELL<br>43 TURNER PLACE | 00000-0000 | STATE | 10222003 | LD | |
| NOTE: | | | | | |
| PAUL MOORE | | STATE | 10222003 | ✓ | |
| NOTE: | | | | | |
| M P MYRICK<br>WK: MPD | 00000 0000 | STATE | 10222003 | ✓ | |
| NOTE: | | | | | |
| B E THORNELL<br>WK: MPD | 00000 0000 | STATE | 10222003 | ✓ | |
| NOTE: | | | | | |
| S E. WILSON<br>WK: MPD | 00000 0000 | STATE | 10222003 | ✓ | |
| NOTE: | | | | | |

TO ANY LAW OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY ORDERED TO SERVE SUBPOENAS ON THE ABOVE NAMED PERSONS AND MAKE RETURN TO THIS COURT.

ISSUED BY: MELISSA RITTENOUR(CC)
CLERK OF COURT

✓

03-1016
TBM

DEC 2002 Filed Melissa Rittenour Circuit Clerk

Dear Judge Tracy McCooey

How are you doing? I hope you've had a happy holidays. I didn't but that's the consequece for my action. If you don't know me by name, I am the person that have a robbery first, for robbing Carmike movie theater. I am very sorry for the mistake I made. I was not in my right mind when I did theses crimes. I had a lot of bad things going on in my life at the time I would like to share with you about my problem was hanging around the wrong crowd of people. Mostly troble makers, that did drugs all day and had no goals in life. These people were considered popular by other teenages and I was'nt the most noiceable guy in school, I cared about what other people thought of me and hated the fact I was pick on, but I thought if I hang around people who were cool, I would be cool. It was'nt a good turn out. I was inflence to do drugs. I thought it was cool and thought it was helping me with my stress problem. I started do the wrong things. I was stealing out of stores, selling the products to buy more drugs, at first it was just weed, then it got worst. I startedexpermenting with all types of drugs. It lead to me droping out of school. My mother wanted me to go to Job Corps, and I was three days away from going unti I cought a case. Judge McCooey I am not a bad person just made some bad choices in life. I am very ashamed for what I did and truely sorry for what I did. I realize I harmed people and put them in danger. I will do anything not to go to prison. These five months in the county jail have put me straght and have open my eyes to life and my goals in life. My mother told me you can court order offenders to Job Corps. Judge McCooey if it's in your heart please give me a second chance at life by court ordering me to Job Corps. I want to make it up to my mother and my family and the victims to do something in life and be sombody in life. Thank you for takeing your time to read this letter. God bless you.

CC 03-1016
Michail Bennett

ARREST: 5/01/03
Bond: 5/02/03 } 2

ACR359

ALABAMA JUDICIAL DATA CENTER
MONTGOMERY COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2003 001016.00 01
TRACEY S MCCOOEY

CIRCUIT COURT OF MONTGOMERY COUNTY — COURT ORI: 003045 J

STATE OF ALABAMA VS.
BENNETT MICHAEL STEVEN — ALIAS:
1125 OAKBROOK DR — ALIAS:
MONTGOMERY AL 36110

DC NO: DC 2003 001235.00
G J: 133
SSN: 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
SID: 000000000
AIS:

DOB: 11/29/1985 SEX: M HT: 6 01 WT: 300 HAIR: BLK EYE: BRO
RACE: ( )W (X)B ( )O COMPLEXION: ________ AGE: _____ FEATURES: _______

DATE OFFENSE: 05/01/2003 ARREST DATE: 05/01/2003 ARREST ORI: 0030100

| CHARGES @ CONV | CITES | CT | CL | COURT ACTION | CA DATE |
|---|---|---|---|---|---|
| ROBBERY 1ST | 13A-008-041 | 01 | A | GUILTY PLEA | 11/20/2003 |
| | | 00 | | | 00/00/0000 |
| | | 00 | | | 00/00/0000 |

JUDGE: TRACEY S MCCOOEY — PROSECUTOR:

| PROBATION APPLIED | GRANTED | DATE | REARRESTED | DATE | REVOKED | DATE |
|---|---|---|---|---|---|---|
| (X)Y( )N 11202003 | ( )Y( )N | ________ | ( )Y( )N | ________ | ( )Y( )N | ________ |

| 15-18-8, CODE OF ALA 1975 | | IMPOSED | SUSPENDED | TOTAL | JAIL CREDIT |
|---|---|---|---|---|---|
| (X)Y ( )N | CONFINEMENT: | 03 00 000 | 17 00 000 | 20 00 000 | 00 00 002 |
| | PROBATION : | 02 00 000 | | 02 00 000 | |

DATE SENTENCED: 01/15/2004 SENTENCE BEGINS: 01/15/2004

PROVISIONS

PENITENTIARY
CONCURR SENT
SPLIT SENTENC

| COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|
| RESTITUTION | $0.00 | $0.00 |
| ATTORNEY FEE | $0.00 | $0.00 |
| CRIME VICTIMS | $50.00 | $50.00 |
| COST | $359.00 | $359.00 |
| FINE | $0.00 | $0.00 |
| MUNICIPAL FEES | $0.00 | $0.00 |
| DRUG FEES | $0.00 | $0.00 |
| ADDTL DEFENDANT | $0.00 | $0.00 |
| DA FEES | $0.00 | $0.00 |
| COLLECTION ACCT | $0.00 | $0.00 |
| JAIL FEES | $0.00 | $0.00 |
| TOTAL | $409.00 | $409.00 |

| APPEAL DATE | SUSPENDED | AFFIRMED | REARREST |
|---|---|---|---|
| ( )Y( )N ________ | ( )Y( )N ______ | ( )Y( )N ________ | ( )Y( )N ______ |

REMARKS:

THIS IS TO CERTIFY THAT THE ABOVE INFORMATION WAS EXTRACTED FROM OFFICIAL COURT RECORDS AND IS TRUE AND CORRECT.

SENTENCE TO RUN CONCURRENT WITH ALL OTHER CASES. CRIME BILL PROGRAM.

MELISSA RITTENOUR(CC)

01/28/2004

OPERATOR: TOR
PREPARED: 01/28/2004

Bob Riley
Governor

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

Donal Campbell
Commissioner

VENTRESS CORRECTIONAL FACILITY
Post Office Box 767
Clayton, Alabama 36016
August 13, 2004

03-1016

Hon. Traci S. McCooey
Circuit Judge
County Courthouse
251 South Lawrence Street
Montgomery, AL 36104-4279

Dear Sir or Madam:

In accordance with Department of Corrections Administrative Regulation 428, you are hereby notified that the following inmate, presently incarcerated at Ventress Correctional Facility, and serving a sentence from your court under ACT 754, has been found guilty of disciplinary infraction/infractions under Administrative Regulation 403.

NAME: _Michael Bennett AIS#: 233315 B/M___ EOS:_01-12-2007

CASE NUMBER (S): _CC: N03001016

CONVICTIONS: Robbery I & Theft of Property I

DISCIPLINARY ACTION TAKEN:

CHARGES/REASONS: Being in an unauthorized area

PLACE OF VIOLATION: Dormitory 7 B Side

PUNISHMENT: 45 days loss of all privileges, 10 days segregation

COMMENTS/RECOMMENDATIONS:________________________________

Please forward any revision of the inmate's sentence that may take place as a result of this letter to:

Central Records Director
P.O. Box 301501
Montgomery, AL 36130-1501

If I may be of further assistance to you, please do not hesitate to contact me.

Sincerely,

Darnell Parker
J.C. Giles
Warden III

RECEIVED
8-23-04
CIRCUIT COURT CLERK

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DOC Form 225B (Revised 7/92)

DISC. 04-365

1. INMATE: Michael Bennett CUSTODY: Med AIS NO.: B/233315

2. FACILITY: VENTRESS CORRECTIONAL FACILITY

3. The above named inmate is being charged by **Reginald Baker, COI** with violation of rule **#50** specifically **Being in an Unauthorized Area** from regulation # **403**, which occurred on or about **July 27, 2004** at (time) **5:40 pm**, Location **Dormitory #7 B-Side.** A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **You inmate Michael Bennett B/233315 were observed in Dormitory #7 B-Side. You are assigned to Dormitory #10 B-Side Bed #2T.**

5. July 27, 2004 — Date | Reginald Baker, COI Reginald D Baker, COI — Arresting Officer / Signature / Rank

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the day of July 31st, 2004, at (time) 8:40 (pm).

7. COI Joseph Wright — Serving Officer / Signature / Rank | x Michael D. Bennett /233315 — Inmate's Signature / AIS Number

8. Witnesses desired? (NO) Michael D Bennett — Inmate's Signature YES ______ Inmate's Signature

9. If yes, list:

10. Hearing Date 8-3-04 Time 6:33 pm Place Shift Office

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is / is not) capable of representing himself.

Dorothy Flowers, COI
Signature / Hearing Officer

13. Plea: ______ Not Guilty Michael D Bennett 233315 (Guilty)

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

Dorothy Flowers, COI
Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): None needed, due to inmate's guilty plea.

Annex C to AR 403 (Page 1 of 3 pages)

ENTERED ymw
DATE 8/10/04

16. Inmate's Testimony: No Statement

Witness: N/A Substance of Testimony:

Witness: N/A Substance of Testimony:

Witness: N/A Substance of Testimony:

17. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached. No questions or statement attached.

Dorothy Flowers, COII
Signature / Hearing Officer

18. The Following witnesses were not called - reason not called
1. N/A
2.
3.

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
The Hearing Officer finds that : On July 27, 2004, at approximately 5:40 pm., you inmate Michael Bennett Were observed in Dormitory #7 B-side. You are assigned to dorm # 10B-Side Bed #2T. This is a violation of Rule #50.

20. Basis for Finding of Fact: Based on inmate Bennett's quilty plead. Inmate Bennett is found quilty as Charged.

21. Hearing Officer's Decision: X Guilty ___ Not Guilty X Major ___ Minor

22. Recommendation of Hearing Officer: 45 days loss of all privileges: store, phone, visiting and sandwich line. (10 days disciplinary seg.)

Dorothy Flowers, COII
Signature / Hearing Officer
Sgt. Dorothy Flowers, COII
Typed Name and Title

23. Warden's Action Date 8-4-04
Approved
Disapproved
Other (specify)

Reason if more then 30 calendar days delay in action.

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the 5th day of August 2004, at (time) 1:34 (am/pm).

K. C. Stewart CO
Signature / Serving Officer / Title

Michael D. Bennett 233315
Inmate's Signature and AIS Number

Ventress Correctional Facility
P. O. Box 767
Clayton, AL 36016

U.S. POSTAGE PB5558357
$00.37 0 AUG 17 2004
6130 MAILED FROM ZIP CODE 3601

Honorable Traci McCooey
Circuit Judge
County Courthouse
251 South Lawrence Street
Montgomery, AL 36104-4279

36104+4232

28

ACR359

ALABAMA JUDICIAL DATA CENTER
MONTGOMERY COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

Modified

CC 2003 001016.00 01
TRACEY S MCCOOEY

CIRCUIT COURT OF MONTGOMERY COUNTY — COURT ORI: 003045 J

STATE OF ALABAMA VS.
BENNETT MICHAEL STEVEN — ALIAS:
1125 OAKBROOK DR — ALIAS:
MONTGOMERY AL 36110

DC NO: DC 2003 001235.00
G J: 133
SSN: 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
SID: 000000000
AIS:

DOB: 11/29/1985 SEX: M HT: 6 01 WT: 300 HAIR: BLK EYE: BRO
RACE: ( )W (X)B ( )O COMPLEXION: ________ AGE: _____ FEATURES: ________

DATE OFFENSE: 05/01/2003 ARREST DATE: 05/01/2003 ARREST ORI: 0030100

| CHARGES @ CONV | CITES | CT | CL | COURT ACTION | CA DATE |
|---|---|---|---|---|---|
| ROBBERY 1ST | 13A-008-041 | 01 | A | GUILTY PLEA | 11/20/2003 |
| | | 0 | | | 00/00/0000 |
| | | 0 | | | 00/00/0000 |

JUDGE: TRACEY S MCCOOEY — PROSECUTOR:

| PROBATION APPLIED | GRANTED | DATE | REARRESTED | DATE | REVOKED | DATE |
|---|---|---|---|---|---|---|
| ( )Y( )N | ( )Y( )N | ________ | ( )Y( )N | ________ | ( )Y( )N | ________ |

15-18-8, CODE OF ALA 1975
( )Y (X)N

| | IMPOSED | SUSPENDED | TOTAL | JAIL CREDIT |
|---|---|---|---|---|
| CONFINEMENT: | 20 00 000 | 00 00 000 | 20 00 000 | 00 00 002 |
| PROBATION : | 00 00 000 | | 00 00 000 | |

DATE SENTENCED: 01/15/2004 SENTENCE BEGINS: 01/15/2004

PROVISIONS

PENITENTIARY
CONCURR SENT

| COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|
| RESTITUTION | $0.00 | $0.00 |
| ATTORNEY FEE | $0.00 | $0.00 |
| CRIME VICTIMS | $50.00 | $50.00 |
| COST | $359.00 | $359.00 |
| FINE | $0.00 | $0.00 |
| MUNICIPAL FEES | $0.00 | $0.00 |
| DRUG FEES | $0.00 | $0.00 |
| ADDTL DEFENDANT | $0.00 | $0.00 |
| DA FEES | $0.00 | $0.00 |
| COLLECTION ACCT | $0.00 | $0.00 |
| JAIL FEES | $0.00 | $0.00 |
| TOTAL | $409.00 | $409.00 |

| APPEAL DATE | SUSPENDED | AFFIRMED | REARREST |
|---|---|---|---|
| ( )Y( )N ________ | ( )Y( )N ________ | ( )Y( )N ________ | ( )Y( )N ________ |

REMARKS:

THIS IS TO CERTIFY THAT THE ABOVE INFORMATION WAS EXTRACTED FROM OFFICIAL COURT RECORDS AND IS TRUE AND CORRECT.

(SENTENCE MODIFIED)
COURT IMPOSES DEF'S BASE SENTENCE OF 20 YRS DUE TO SEVERAL DISCIPLINARIES RECEIVED WHILE IN DOC.

MELISSA RITTENOUR(CC)

02/28/2005

OPERATOR: DBH
PREPARED: 02/28/2005

8B-14 Montgomery    Wilkinson

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DOC Form 225B (Revised 7/92)

SS

DISC. 04-622

1. INMATE: **Michael Bennett** CUSTODY: **ME** AIS NO.: **B/233315**

2. FACILITY: **VENTRESS CORRECTIONAL FACILITY**

3. The above named inmate is being charged by **Officer Lizzie McLeod** with a violation of rule **#57** specifically: **Insubordination** from regulation # **403**, which occurred on or about **December 27, 2004**, at (time) **11:20 AM** (am/~~pm~~), Location: **Front of Dorm 8.** A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **You, Inmate Michael Bennett, B/233315 did state to Officer McLeod in a hostile voice, "You can shut the fuck up I don't give a damn about no program or this camp, ya'll can just lock me up because I don't have but eight months left."**

5. **December 27, 2004** — Date
**Lizzie McLeod, COI** Lizzie McLeod, COI — Arresting Officer / Signature / Rank

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the 27 day of December, 2004, at (time) 1:10 (~~am~~/pm).

7. Steve Long COI — Serving Officer / Signature / Rank
Michael L Bennett 233315 — Inmate's Signature / AIS Number

8. Witnesses desired? (NO) Michael L Bennett — Inmate's Signature    YES ________ Inmate's Signature

If yes, list: ________

10. Hearing Date 12-29-04 Time 8:55 A.m. Place S.C.O.

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is) is not) capable of representing himself.

Carolyn Longmire COII — Signature / Hearing Officer

13. Plea: ________ Not Guilty Michael L Bennett (Guilty)

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

Carolyn Longmire COII — Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): Not needed. Inmate plead guilty.

RECEIVED
JAN 13 2005
State Board of Pardons and Paroles

Annex C to AR 403 (Page 1 of 3 pages)

ENTERED vmr
DATE 1/5/04

RECEIVED
2-8-05
CIRCUIT COURT CLERK

JSM

In The Circuit Court For Montgomery County, Ala.

Michael S. Bennett
Petitioner
V.
State of Alabama
Respondant

Case Numbers,
3001016,
3001482

JAN 2005
FILED
Melissa Rittenour
Circuit Clerk

## Motion To Correct Jail Credit Earned Petitioners Writ Of Habeas Corpus

Comes now Michael S. Bennett, Pro-Se Petitioner who moves this Honorable Court to grant said Writ pursuant to Alabama Title Code (15-18-8), and on the grounds that follow within:

## Inmate's Place Of Imprisonment

Petitioner was Sentenced in Montgomery County Circuit Court on (01/15/04) to a Term of (20yrs.--Split-3yrs.), for the above styled and numbered cause, he is currently incarcerated in Ventress Correctional Facility, Clayton Alabama, (Dorm 13).

2-1-05

2-14-05 Petitioner is to credit for time served

cc: R. White, DOA ✓
Defendant ✓

REC
CIRC

# Jurisdiction

(1) Alabama Code (1975-15-18-5)

(2) Provisions of Alabama Rules of Criminal Procedure Rule (26.9, (b) (2)), listed on page (313) reguarding Pronouncement of Judgements and Sentence, minute entries.

Ala. Code (15-18-5) Provides as written:

Upon conviction and imprisonment for any felony or misdemeanor, the sentencing Court shall order that the convicted person be credited with all of his actual time spent incarcerated pending Trial for such offense. The actual time spent incarcerated pending Trial shall be certified by the circuit clerk or district clerk on forms to be prescribed by the board of corrections.
(Acts 1975, 2nd Ex. Sess., No. 58, 1; Acts 1976, No. 677, p. 926.)

# Conclusion

Petitioner Michael S. Bennett was arrested on (08/08/03) and remained in Jail (incarcerated) till (01/15/04), when (that day) he plead guilty and was sentenced for said charge's that stemmed from his arrest and incarceration on (08/08/03). Petitioner has not recieved his Correct amount of "Jailtime Credit of approximately (4 mths, 1 wk) reflected by Montgomery County, Al., Jail and/or "Courthouse" records.

Wherefore, Petitioner prays for relief in the form of this Honorable Court granting this "Writ", and furnishing the Ala. Dept. of Corrections and Petitioner a "Correct Amount" of "Jailtime Credit."

# Certificate of Service

I, Michael S. Bennett Petitioner, herein avow and state under oath that a true and correct copy of these attached documents were served to the Montgomery, Ala. County Circuit Court by placing said copies in the U.S. mail, first class, postage prepaid, and addressed as follows:

Montgomery County Circuit Court
Att: Melissa A. Rittenour - Clerk
251 S. Lawrence St.
Montgomery, Al. 36604

Executed on this 21st day of January, 2005.

Michael S. Bennett [signature]

Michael S. Bennett
AIS. 233315
V.C.F. (dorm 6B38)
P.O. Box 767
Clayton, Al. 36016

Sworn to, and Subscribed before me on this 21st day of January, 2005.

Carolyn R. Abercrombie [signature]
Notary Public

My Commission Expires August 18, 2007

NAME Michael S. Bennett AIS # 233315 DORM # 6B, 38b
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

JAN 2005
FILED
Melissa Rittenour
Circuit Clerk

MONTGOMERY, AL
PM
U.S. POSTAGE PB5558357
$00.37 JAN 26 2005
8781 MAILED FROM ZIP CODE 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Montgomery County Circuit Court
Att: Melissa A. Rittenbur - Clerk
251 S. Lawrence St.
Montgomery, Al. 36104

VENTRESS
LAW LIBRARY
(documents)

N266

STATE OF ALABAMA
Department of Corrections
*Inmate Stationery*

CC-03-1016

Dear McCooey

I am writeing concerning my time. It was said that my split was revoke and I guess it means that have twenty years. I know my actions was very bad and I cause trouble and I deserve punishment and you made a choice to punish me for my actions and I understand it could have been worse. I came to realize what's my situation really is. I am faceing a very long time, I caused alot of trouble for myself and others, things I regret I have done I was under a lot of stress at the time, missing my family and just being kicked out of crimebill cause me to have a temper and the office verbal force, and she had every right to do so because it's her job, and said I something I regret, I whent temporally insane I was just talking to my mother the night before and she told me to stay out of trouble and come home I really need your help I know I can't change the things I've done, I am new to this, McCooey I don't know what I am doing, I am lost. McCooey I need some help, please save me. I need another chance, I don't want to spend the rest of my life in prison I haven't even lived my life. My mother losing her life, my moms was dinosed with heart problem and I feel I have cause stress on her, I want to see my mother before she dies. I am asking for a chance, Please d[illegible] make my split. Please put me on a probation status or something I will never cause troble for me or anyone else again you will only hear go thing about my progress in prison, please give my some type of chance I am re-enter crimebill in June and will see to it that I compleate it Please reconsider my split. Thank you.

Michael L Barnett

State of Alabama
County of Barbour
Subscribed and Sworn before me on this 10th day of March, 2005.

Carolyn R. Abercrombie
My Commission Expires August 18, 2007



alacourt.com's

# Alabama SJIS CC/DC Case Detail

Settings | Disposition | Sentence | Case Action Summary | Witness List | Financial | Enforcem

| *Case* | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 03 MONTGOMERY | Case Number | **CC 2003 001016 00** | JID | TSM | DEF Status | P ST PRISON ESTS: A |
| Name | **BENNETT MICHAEL STEVEN** | | | Alias | | | |
| Address 1 | **1125 OAKBROOK DR** | | | Alias | | | |
| Address 2 | | | | SID | AL 000000000 | YDate | |
| Zip | 36110 0000 MONTGOMERY AL US | | | AS | | PR | 2003 008200 00 |
| DLNO | AL | DOB | **11291985** | SSN | **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** | Race/Sex | B/M |
| Height | 6 01 | Weight | 300 | Eyes | BRO | Hair | BLK |
| Filed | 08122003 | AAGCY | S | Muni# | 00 | City | |
| Arrest | 05012003 | OffDT | 05012003 | ORI | 0030100 | OFFC | |
| Indict | 08082003 | Grand Jury | 133 | Atty 1 | MCI014 A | Tkt# | 2003-745 |
| Bond | 0003000000 | Type | P | Bond Co | | REL | 05022003 |
| Sure | S 001 | CWIT | | JDMD | | APPL | |
| Tracking No's | DC 2003 001235 00 / 0000 000000 00 / 0000 000000 00 | | | | | | |
| Date | 1 01082004 | Que | 001 | Time | 0800 A | Desc | SENT |
| Charge 1 | ROB1 | **ROBBERY 1ST** | | 13A-008-041 | F PE | Counts | 001 |
| Charge 2 | | | | | | Counts | |
| Charge 3 | | | | | | Counts | |
| More | N | Dom Viol | N | Case Type | F | Case Cat | PE |
| Comment | | | | | | | |
| *Settings* | | | | | | | |
| Date 1 | 01082004 | Que | 001 | Time | 0800 A | Desc | SENT SENTENCING DKT/HE |
| Date 2 | 11172003 | Que | 000 | Time | 0900 A | Desc | JTRL JURY TRIAL |
| Date 3 | | Que | 000 | Time | 0000 | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | | Atty 1 | MCINTYRE T ROBIN | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | | | |
| WARISS | | WARACT | | WARLOC | | | |
| BP ISS | | BP RTN | | | | | |
| *Disposition* | | | | | | | |
| CRT ACT | G GUILTY PLEA | CADATE | 11202003 | Jury | Y | More | N |
| Charge 1 | ROB1 ROBBERY 1ST 13A-008-041 F P | | | Counts | 001 | CA | G 11202003 |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | N |
| Comment | | | | | | | |
| CMP:N | SPRO:Y | Due | 0000040900 | Warr:000 | SUBP:015 | Updated | 01162007 |
| *Sentence* | | | | | | | |
| Sent | 01152004 | Begin | 01152004 | End | | PRB BEG | |
| IMP CONF | 20 00 000 | SUSP CONF | 00 00 000 | TOTAL CONF | 20 00 000 | JAIL CRED | 00 00 002 |
| LICN SUSP | 00 00 000 | PROBATION | 00 00 000 | PRB REV | 00000000 | | |
| Monetary: | X COST FINE IMP: 00000000 SUSP: 00000000 X CVCC X HIST | | | | | | |
| | WCCS MCOS 00000000 JFEE 00000000 DRGF 0 ASUS | | | | | | |
| | WCDA REMB 00000000 3CVC 00000000 WARR 000 USFE | | | | | | |
| | PREL DRUG 00000000 RCUP 00000000 X SUBP 015 CRIME | | | | | | |
| | RES1 00000000 RES2 00000000 RES3 00000000 | | | | | | |
| | RES4 00000000 RES5 00000000 RES6 00000000 | | | | | | |
| Confine: | X PENT LIFE LWOP DEATH SPLIT BOOT 000 EMON 00 | | | | | | |

PENGAD 800-631-6989 EXHIBIT RX-2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | JAIL | X CCUR | CSEC | CTERM | RVSPL | GANG 000 | |
| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV 0000 | SAPP |
| | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRCT |
| Enhanced: | PROJ | CNOT | SCH | VDOB 00000000 | | HOOF 000 | |
| | DRUG CODE: | | | MEAS: | VOL: 00000000 | | |
| SEC/CUR: | 00 000000000000 00 | | 00 000000000000 00 | | 00 000000000000 | | |
| Comment: | | | | | | | |
| BAL DUE | 0000040900 | DUE | 01122007 | CRO | | Updated | 02282005 |

*Case Action Summary*

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 08122003 | 0951 | JUDG | ASSIGNED TO: (TSM) TRACEY S MCCOOEY (AR01) | TOR |
| 08122003 | 0951 | STAT | INITIAL STATUS SET TO: "B" - BOND (AR01) | TOR |
| 08122003 | 0951 | FILE | FILED ON: 08/12/2003 (AR01) | TOR |
| 08122003 | 0951 | ARRS | DEFENDANT ARRESTED ON: 05/01/2003 (AR01) | TOR |
| 08122003 | 0951 | BOND | BOND SET AT: $30000.00 (AR01) | TOR |
| 08122003 | 0951 | FILE | CHARGE 01: ROBBERY 1ST/#CNTS: 001 (AR01) | TOR |
| 08122003 | 0951 | INDT | DEFENDANT INDICTED ON: 08/08/2003 (AR01) | TOR |
| 08122003 | 0951 | REDT | DEFENDANT RELEASED FROM JAIL: 05/02/2003 (AR01) | TOR |
| 08122003 | 0952 | DAT2 | SET FOR: ARRAIGNMENT ON 08/26/2003 AT 0200P(AR10) | TOR |
| 08122003 | 0952 | CASP | CASE ACTION SUMMARY PRINTED (AR01) | TOR |
| 08132003 | 0237 | DOCK | NOTICE SENT: 08/13/2003 BENNETT MICHAEL STEVEN | REG |
| 08132003 | 0237 | DOCK | NOTICE SENT: 08/13/2003 IRENE BENNETT | REG |
| 08262003 | 1656 | TEXT | APPL FOR YOA | TOR |
| 08282003 | 1629 | ATY1 | ATTORNEY FOR DEFENDANT: MCINTYRE T ROBIN (AR10) | REW |
| 08282003 | 1629 | DAT1 | SET FOR: STATUS CALL ON 10/02/2003 AT 0800A(AR10) | REW |
| 08282003 | 1629 | DAT2 | SET FOR: JURY TRIAL ON 11/17/2003 AT 0900A (AR10) | REW |
| 10222003 | 1353 | PRTY | PARTY ADDED W001 CHRISTOPHER ARNETTE (AW21) | REG |
| 10222003 | 1353 | PRTY | PARTY ADDED W002 C J BUTTERBAUGH (AW21) | REG |
| 10222003 | 1353 | PRTY | PARTY ADDED W003 W D CRISLER (AW21) | REG |
| 10222003 | 1354 | PRTY | PARTY ADDED W004 PAUL DONAHOE (AW21) | REG |
| 10222003 | 1354 | PRTY | PARTY ADDED W005 W D FAVOR (AW21) | REG |
| 10222003 | 1354 | PRTY | PARTY ADDED W006 JOSHUA FROST (AW21) | REG |
| 10222003 | 1354 | PRTY | PARTY ADDED W007 R W GAUTNEY (AW21) | REG |
| 10222003 | 1354 | PRTY | PARTY ADDED W008 M.D. HALL (AW21) | REG |
| 10222003 | 1354 | PRTY | PARTY ADDED W009 M K. HAMEED (AW21) | REG |
| 10222003 | 1355 | PRTY | PARTY ADDED W010 HANANIAH HARRIS (AW21) | REG |
| 10222003 | 1355 | PRTY | PARTY ADDED W011 JOSHUA MITCHELL (AW21) | REG |
| 10222003 | 1356 | PRTY | PARTY ADDED W012 PAUL MOORE (AW21) | REG |
| 10222003 | 1356 | PRTY | PARTY ADDED W013 M P MYRICK (AW21) | REG |
| 10222003 | 1356 | PRTY | PARTY ADDED W014 B E THORNELL (AW21) | REG |
| 10222003 | 1356 | PRTY | PARTY ADDED W015 S E. WILSON (AW21) | REG |
| 10222003 | 1411 | SUBP | WITNESS SUBPOENA ISSUED AWP24 | REG |
| 12032003 | 0848 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: TSM | REG |
| 12032003 | 0848 | DISP | CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 11/20/2003 | REG |
| 12032003 | 0848 | DISP | CHARGE 01: ROBBERY 1ST/#CNTS: 001 (AR10) | REG |
| 12032003 | 0848 | DAT1 | SET FOR: SENTENCING DKT/HE ON 01/08/2004 AT 0800A | REG |
| 01282004 | 1430 | CH01 | DEFENDANT SENTENCED ON: 01/15/2004 (AR05) | TOR |
| 01282004 | 1430 | CH01 | SENTENCE TO BEGIN ON: 01/15/2004 (AR05) | TOR |
| 01282004 | 1430 | CH01 | IMPOSED CONFINEMENT: 03 YEARS (AR05) | TOR |
| 01282004 | 1430 | CH01 | SUSPENDED CONFINEMENT: 17 YEARS (AR05) | TOR |
| 01282004 | 1430 | CH01 | TOTAL CONFINEMENT: 20 YEARS (AR05) | TOR |
| 01282004 | 1430 | CH01 | JAIL CREDIT: 002 DAYS (AR05) | TOR |
| 01282004 | 1430 | CH01 | PROBATION OF: 02 YEARS (AR05) | TOR |
| 01282004 | 1430 | CH01 | COST PROVISION ORDERED BY THE COURT (AR05) | TOR |
| 01282004 | 1430 | CH01 | HISTORY FEE PROVISION ORDERED BY THE COURT (AR05) | TOR |
| 01282004 | 1430 | CH01 | CVCC PROVISION ORDERED BY THE COURT (AR05) | TOR |
| 01282004 | 1430 | CH01 | SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05) | TOR |
| 01282004 | 1430 | CH01 | SPLIT SENTENCE PROVISION ORDERED BY THE COURT | TOR |

Case 2:07-cv-00408-MEF-CSC Document 7-3 Filed 06/27/2007 Page 3 of 3

| | | | | |
|---|---|---|---|---|
| 01282004 | 1430 | CH01 | CONCURRENT SENTENCE ORDERED BY THE COURT (AR05) | TOR |
| 01282004 | 1430 | CH01 | PENITENTIARY PROVISION ORDERED BY THE COURT (AR05) | TOR |
| 01282004 | 1446 | TRSC | TRANSCRIPT OF RECORD ISSUED: 01/28/2004 (AR08) | TOR |
| 03052004 | 1019 | STAT | STATUS CHANGED TO: "P" - PRISON (AR10) | DBH |
| 04272004 | 0220 | ENFD | PAYMENT DELINQUENT NOTICE MAILED ON 04/28/2004 | AOC |
| 01312005 | 0847 | TEXT | MOTION TO CORRECT JAIL CREDIT EARNED PETITIONERS | TOR |
| 01312005 | 0847 | TEXT | WRIT OF HABEAS CORPUS | TOR |
| 02152005 | 1344 | TEXT | 02012005 MO TO CORRECT JAIL CREDIT GRANTED | REG |
| 02282005 | 1229 | CH01 | IMPOSED CONFINEMENT: 20 YEARS (AR05) | DBH |
| 02282005 | 1229 | CH01 | SPLIT SENTENCE PROVISION DELETED (AR05) | DBH |
| 02282005 | 1233 | TRSC | TRANSCRIPT OF RECORD ISSUED: 02/28/2005 (AR08) | DBH |
| 04262005 | 1325 | D001 | PAYMENT DUE DATE SET TO 01/12/2007 (EC01) | CHM |
| 12052006 | 1652 | TEXT | MOTION TO COMPEL | TOR |
| 12072006 | 0934 | TEXT | MO FOR MODIFICATION/AMENDED SENTENCE | DBH |
| 01052007 | 0925 | TEXT | MOTION TO COMPEL | GAB |
| 01112007 | 1123 | TEXT | 01092007 MO TO COMPEL GRANTED | REG |
| 01162007 | 1522 | TEXT | 01122007 MO FOR MODIFICATION OF SENT DENIED | REG |

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

Michael Bennett, #233315,

Petitioner,

v.

State of Alabama,

Respondent.

Case No. N03001016
N03001482

MOTION FOR MODIFICATION/AMENDED SENTENCE

Comes now the Petitioner, Michael Bennett, filing pro se and currently incarcerated at Ventress Correctional Facility. Petitioner is filing under the rules of "Post-conviction Relief" and is prayerfully asking this Honorable Court to Amend and/or Modify sentence.

Under the Constitution of the United States and the Constitution of Alabama and pursuant to the Code of Alabama, (1975), Section 15-18-8(c), the Trial Court retains jurisdiction. The Alabama Supreme Court noted in Ex Parte McCormick, that the "plain language of Section 15-18-8 indicates that the Legislature intended to vest the trial court with the discretion to evaluate the progress of a convicted defendant so as to provide trial courts with greater flexibility in sentencing and as a step toward alleviating the unnecessary overcrowding of prisons." Id., quoting State v. Pickett, 911 So. 2d 755, 761 (Ala. Crim. App. 2005).

On January 15, 2004 in this Honorable Court Petitioner plead guilty to Robbery 1st, to run concurrently with Theft of Property I and was given a 20 year sentence, split 36 months to serve and went to prison.

Petitioner has served approximately 2 years and 10 months on said sentence.

EXHIBIT RX-3

N266

STATE OF ALABAMA
Department of Corrections
Inmate Stationery

03-1016

Michael Bennett # 233315
P.O. Box 767
Clayton, Ala 36016

Date: 12.4.2006

To: The Honorable Judge Tracy McCooey
From: Michael Bennett # 233315
Re: Reinstatement of Split Sentence

RECEIVED
12-11-06
CIRCUIT COURT CLERK

Dear Judge McCooey

I'm sure that you are a very busy person these days and without further delay I'll get to the point of my short but very important notation, first and foremost I know that I'm the only one responsible for my present state. I also understand the moral and physical danger of my actions not only to myself but to my family and society as well.

Judge McCooey unfortunately on 12.30.2004 I received a disciplinary for insubordination Rule Number (57) and on or in the month of February you revoked my split sentence for said reason.

Now I'd like to explain to you what I've done as far as getting my attitude together is concerned. I set down and took

N266

STATE OF ALABAMA
Department of Corrections
Inmate Stationery

a long hard look at my Life and I Came to the Conclusion that I've got to Change Something because I do not wish to get out of Prison and Continue to indulge in the type of behavior that will inevitably Contribute to my demise one way or the Other god knows I never want to Come back to Prison because it's an Over The top Life Style and it only happens when you've gone too far.

Thanks to the Treatment Program of Crime bill I've learned how to deal with those in Authority I've learned how to humble myself, keep my mouth Shut and listen because I just may learn Something that will keep me out of Prison and out of the grave yard, a lot of my friends are no longer with us because they failed to listen...

Judge McCooey I'd Just like to Say Thank You So much for getting my Attention it's time I grow up and Start being responsible I'm young but I'm not a Child, and thank you again for the Program of Crime Bill because Crime Bill Forced me to Ask myself the really hard Questions and today it is Safe to Say that I Can follow instructions without Putting my Foot in my mouth.

Closing Statement:

Judge McCooey I Made a mistake on 12-30-2004 And Thanks to Crime Bill I've made a full recovery, it's a mistake I'll never I mean never make again Please consider my Split Sentence again...

With the utmost respect for you, The Honorable Judge McCooey, I am

Michael S. Bennett

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

Michael Bennett, #233315, *
Petitioner, *
v. * Case No. N03001016
N03001482
State of Alabama, *
Respondent. *

MOTION FOR MODIFICATION/AMENDED SENTENCE

Comes now the Petitioner, Michael Bennett, filing pro se and currently incarcerated at Ventress Correctional Facility. Petitioner is filing under the rules of "Post-conviction Relief" and is prayerfully asking this Honorable Court to Amend and/or Modify sentence.

Under the Constitution of the United States and the Constitution of Alabama and pursuant to the Code of Alabama, (1975), Section 15-18-8(c), the Trial Court retains jurisdiction. The Alabama Supreme Court noted in Ex Parte McCormick, that the "plain language of Section 15-18-8 indicates that the Legislature intended to vest the trial court with the discretion to evaluate the progress of a convicted defendant so as to provide trial courts with greater flexibility in sentencing and as a step toward alleviating the unnecessary overcrowding of prisons." Id., quoting State v. Pickett, 911 So. 2d 755, 761 (Ala. Crim. App. 2005).

On January 15, 2004 in this Honorable Court Petitioner plead guilty to Robbery 1st, to run concurrently with Theft of Property I and was given a 20 year sentence, split 36 months to serve and went to prison.

Petitioner has served approximately 2 years and 10 months on said sentence.

Petitioner has refrained from his previous behavior and remains disciplinary free as of December 30, 2004.

Petitioner has also attended and successfully completed all three phases of the 6 month Crime Bill Drug Treatment Program at Ventress Correctional Facility:

1.) The Substance Abuse Program (9) week

2.) Anger Management Program (9) week

3.) Criminal Thinking Program (9) week

4.) The Self-help Program (9) week

Petitioner has strong family support, which includes an excellent job plan. Petitioner accepts full responsibility for his behavior, which led to his incarceration and he is truly remorseful.

Petitioner prayerfully requests this Honorable Court to schedule an evidentiary hearing where Petitioner can further explain his legal and compelling argument. Petitioner requests this Honorable Court to Modify his sentence to time served and suspend the remainder thereof. Petitioner realizes he will be placed on formal probation and promises to abide by any and all stipulations this Honorable Court deems appropriate. Furthermore, Petitioner requests this Honorable Court to send an Amended Sentencing Transcript to the Department of Corrections. Petitioner sincerely thanks this Honorable Court in advance for it's full cooperation and quick reply.

Humbly Submitted,

Michael J Bennett 233315

Michael Bennett, Petitioner, pro se
AIS #233315, Dorm 8
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

NOTARY BLOCK

STATE OF ALABAMA
COUNTY OF BARBOUR

Subscribed and sworn to before me this

30th day of November, 2006.

Carolyn R. Abercrombie
Notary Public

My Commission Expires August 18, 2007
Comm. Exp. Date



# Certificate of Completion

*The Alabama Department of Corrections*

*Certifies That*

Michael Bennett

AIS # 233315

**has successfully completed all three phases of the 6-month Crime Bill Drug Treatment Program at Ventress Correctional Facility.**

Issued this 06th day of October 20 06

Evelyn Green BS, CCJP
DRUG TREATMENT COUNSELOR
VENTRESS CORRECTIONAL FACILITY

Connie H. Bodaub, MS, CCJP
DRUG PROGRAM SPECIALIST
VENTRESS CORRECTIONAL FACILITY

[illegible signature], CCJP
DRUG PROGRAM SUPERVISOR
VENTRESS CORRECTIONAL FACILITY

# Ventress Correctional Facility
## New Freedom Crime Bill

**Inmate Name:** Bennett, Michael **AIS #:** B/233315 **Date:** 10 / 6 / 06

**Report Period:** *(From)* 4 / 3 / 06 *(To)* 10 / 6 / 06 **Dorm/Bed #:** 8B/7T

| *(Check the appropriate box for the following items.)* | EXCEEDS STANDARDS | MEETS STANDARDS | NEEDS IMPROVEMENT |
|---|---|---|---|
| 1. Compliance with rules / Ability to follow rules & regulations | | ✓ | |
| 2. Dependability *(Responsible behavior; Promptness; Consistency)* | | ✓ | |
| 3. Personal appearance and grooming | | | ✓ |
| 4. Cooperation with Staff and others | | ✓ | |
| 5. Attitude / Motivation / Commitment | | ✓ | |
| 6. Class participation | | ✓ | |
| 7. Group interaction *(verbal and non-verbal)* | | ✓ | |
| 8. Completion of assignments | | ✓ | |
| 9. Knowledge of tools and principles | ✓ | | |
| 10. Social habits | | | ✓ |
| 11. Progress and change | | ✓ | |
| 12. Care and Concern / Helpful to others | ✓ | | |
| 13. Gaining in emotional maturity | | | ✓ |
| 14. Industriousness *(Persistence, work habits, use of time)* | | | ✓ |
| 15. Progress in recognizing and using a Higher Power | ✓ | | |
| 16. Realizing negative consequences of continued use | | ✓ | |
| 17. Recognizing the need for changing lifestyle | | ✓ | |

**REMARKS:** Michael appears to understand the need for abstinence and the need to work a 12-Step Plan of recovery. He needs to work on being persistent. He needs to attend 90 meetings in 90 days.

Connie H. Bedsole, MS, CCJP
*Counselor's Signature*

Michael J Bennett
*Inmate's Signature*

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

Michael Bennett, #233315,

Petitioner,

v.

State of Alabama,

Respondent.

Case No. N03001016
N03001482

MOTION FOR MODIFICATION/AMENDED SENTENCE

Comes now the Petitioner, Michael Bennett, filing pro se and currently incarcerated at Ventress Correctional Facility. Petitioner is filing under the rules of "Post-conviction Relief" and is prayerfully asking this Honorable Court to Amend and/or Modify sentence.

Under the Constitution of the United States and the Constitution of Alabama and pursuant to the Code of Alabama, (1975), Section 15-18-8(c), the Trial Court retains jurisdiction. The Alabama Supreme Court noted in Ex Parte McCormick, that the "plain language of Section 15-18-8 indicates that the Legislature intended to vest the trial court with the discretion to evaluate the progress of a convicted defendant so as to provide trial courts with greater flexibility in sentencing and as a step toward alleviating the unnecessary overcrowding of prisons." Id., quoting State v. Pickett, 911 So. 2d 755, 761 (Ala. Crim. App. 2005).

On January 15, 2004 in this Honorable Court Petitioner plead guilty to Robbery 1st, to run concurrently with Theft of Property I and was given a 20 year sentence, split 36 months to serve and went to prison.

Petitioner has served approximately 2 years and 10 months on said sentence.

Petitioner has refrained from his previous behavior and remains disciplinary free as of December 30, 2004.

Petitioner has also attended and successfully completed all three phases of the 6 month Crime Bill Drug Treatment Program at Ventress Correctional Facility:

1.) The Substance Abuse Program (9) week

2.) Anger Management Program (9) week

3.) Criminal Thinking Program (9) week

4.) The Self-help Program (9) week

Petitioner has strong family support, which includes an excellent job plan. Petitioner accepts full responsibility for his behavior, which led to his incarceration and he is truly remorseful.

Petitioner prayerfully requests this Honorable Court to schedule an evidentiary hearing where Petitioner can further explain his legal and compelling argument. Petitioner requests this Honorable Court to Modify his sentence to time served and suspend the remainder thereof. Petitioner realizes he will be placed on formal probation and promises to abide by any and all stipulations this Honorable Court deems appropriate. Furthermore, Petitioner requests this Honorable Court to send an Amended Sentencing Transcript to the Department of Corrections. Petitioner sincerely thanks this Honorable Court in advance for it's full cooperation and quick reply.

Humbly Submitted,

Michael S Bennett 233315

Michael Bennett, Petitioner, pro se
AIS #233315, Dorm 8
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

NOTARY BLOCK

STATE OF ALABAMA
COUNTY OF BARBOUR

Subscribed and sworn to before me this 30th day of November, 2006.

Carolyn R. Abercrombie
Notary Public

My Commission Expires August 18, 2007
Comm. Exp. Date

NAME Michael Burnett AIS # 233515 DORM #8-A-36
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL 361
04 DEC 2006 PM 3 L

United Way

Melissa A. Rittenour
Montgomery Co. Courthouse
P.O. Box 1667
251 S. Lawrence St
Montgomery, Al

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

TSM

IN THE CIRCUIT COURT OF
Montgomery COUNTY, ALABAMA

Michael Bennett, #233315

Petitioner,

v.

State of Alabama,

Respondent.

Case No. #HO3001016 #HO3001482

## *MOTION TO COMPEL*

Comes now the Petitioner, Michael Bennett #233315, in the above styled cause, and petitions this Honorable Court for a Motion to Compel. The Petitioner is presently preparing to pursue post-conviction remedies in case number HO3001016 / HO3001482

There are some documents the Petitioner is in need of that will assist him in preparing his post-conviction remedy. These documents need to be furnished by the Clerk of Court. Petitioner has established that he is indigent and can not afford to pay for copies of these documents. Petitioner is requesting that copies be furnished to him at no charge.

Petitioner is making this request pursuant to Title 12-17-94, Code of Alabama, 1975 and Article I, Section 6 of the Alabama Constitution; also, the Open Records Statute of the Code of Alabama, Title 36-12-40; the Alabama Rules of Criminal Procedure; and the First and Fourteenth Amendments of the United States Constitution. These sections provide me with access to the courts, due process and equal protection of the laws.

12-12-06 Motion Granted

EXHIBIT RX-4

PENGAD 800-631-6989

Petitioner is requesting the following documents:

1. Case Action Summary
2. Record of Transcript/Conviction Report
3. Indictments
4. Notice of Intent to Enhance as Habitual Felony Offender status
5. Plea Agreements
6. Ireland Forms
7. Complaints/Affidavits
8. Any and all pre-trial motions

**WHEREFORE,** Petitioner requests that this Honorable Court issue an order to the Clerk of Court to provide a copy of the items requested above.

Done this 30 day of Nov, 2006.

Respectfully requested,

Michael L Bennett 233315

Petitioner's Name: Michael Bennett

AIS #: 233315

Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

cc - Pardon & Paroles



NAME Michael Bennett AIS # 235515 DORM # 8-A-36
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL 361
04 DEC 2006 PM 4 L

DEC 2006
Filed
Melissa Rittenour
Circuit Clerk

Melissa A. Rittenour
Montgomery Co. Courthouse
P.O. Box 1667
251 S. Lawrence Street
Montgomery, Alabama

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."